# EXHIBIT A

US007933780B2

(12) **United States Patent** (10) **Patent No.:** **US 7,933,780 B2**

De La Huerga (45) **Date of Patent:** **Apr. 26, 2011**

(54) **METHOD AND APPARATUS FOR CONTROLLING AN INFUSION PUMP OR THE LIKE**

(75) Inventor: **Carlos De La Huerga**, Milwaukee, WI (US)

(73) Assignee: **Telaric, LLC**, Mequon, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2732 days.

(21) Appl. No.: **10/004,941**

(22) Filed: **Dec. 3, 2001**

(65) **Prior Publication Data**

US 2002/0038392 A1 Mar. 28, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/426,553, filed on Oct. 22, 1999, now Pat. No. 7,216,802, and a continuation-in-part of application No. 09/832,770, filed on Apr. 11, 2001, and a continuation-in-part of application No. 09/833,258, filed on Apr. 12, 2001, now Pat. No. 7,061,831.

(51) **Int. Cl.**
*G06Q 50/00* (2006.01)

(52) **U.S. Cl.** ............... **705/2**; 705/3; 235/375; 709/223; 709/220

(58) **Field of Classification Search** .................. 235/375; 604/66, 80, 31, 65, 131, 111; 705/3, 2; 700/214; 340/825.49; 342/357.07; 455/412.1; 709/219, 709/220, 223

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,227,127 | A | 1/1966 | Gayle |
| 3,762,601 | A | 10/1973 | McLaughlin |
| 4,094,561 | A | 6/1978 | Wolff et al. |
| 4,207,992 | A | 6/1980 | Brown |
| 4,282,872 | A | 8/1981 | Franetzki et al. |
| 4,360,125 | A | 11/1982 | Martindale et al. |
| 4,368,988 | A | 1/1983 | Tahara et al. |
| 4,384,288 | A | 5/1983 | Walton |
| 4,437,579 | A | 3/1984 | Obland |
| 4,476,381 | A | * | 10/1984 | Rubin ........................... 235/375 |
| 4,483,626 | A | 11/1984 | Noble |
| 4,504,153 | A | 3/1985 | Schollmeyer et al. |
| 4,526,404 | A | 7/1985 | Vazquez |
| 4,526,474 | A | 7/1985 | Simon |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0672427 9/1995

(Continued)

OTHER PUBLICATIONS

Magic Medicine Cabinet: A Situated Portal for Consumer Healthcare, HUC '99, Dadong Wan, Center for Strategic Technology Research Accenture, Northbrook IL (4 pages).

(Continued)

*Primary Examiner* — Dilek B Cobanoglu

(74) *Attorney, Agent, or Firm* — Quarles & Brady

(57) **ABSTRACT**

A method and apparatus for controlling IV medication delivery and monitoring, the method including providing information tags on IV bags that specify delivery parameters, obtaining delivery parameters for at least one bag, associating a controller with a particular patient, comparing patient information for the particular patient with the delivery parameters, determining the efficacy of delivering the medicant to the patient and affecting pump control as a function of the comparison. The method also includes various timing rules and other verification procedures.

**71 Claims, 30 Drawing Sheets**



**US 7,933,780 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,546,901 | A | 10/1985 | Buttarazzi |
| 4,573,606 | A | 3/1986 | Lewis et al. |
| 4,573,994 | A | 3/1986 | Fischell et al. |
| 4,575,621 | A | 3/1986 | Dreifus |
| 4,598,275 | A | 7/1986 | Ross et al. |
| 4,616,316 | A | 10/1986 | Hanpeter et al. |
| 4,617,557 | A | 10/1986 | Gordon |
| 4,626,105 | A | 12/1986 | Miller |
| 4,664,289 | A | 5/1987 | Shimizu et al. |
| 4,674,651 | A | 6/1987 | Scidmore et al. |
| 4,674,652 | A | 6/1987 | Aten et al. |
| 4,694,284 | A | 9/1987 | Leveille et al. |
| 4,695,954 | A | 9/1987 | Rose et al. |
| 4,705,506 | A | 11/1987 | Archibald |
| 4,717,261 | A | 1/1988 | Kita et al. |
| 4,725,997 | A | 2/1988 | Urquhart et al. |
| 4,730,849 | A | 3/1988 | Siegel |
| 4,732,411 | A | 3/1988 | Siegel |
| 4,733,362 | A | 3/1988 | Haraguchi |
| 4,733,797 | A | 3/1988 | Haber |
| 4,741,736 | A | 5/1988 | Brown |
| 4,756,706 | A | * 7/1988 | Kerns et al. ..................... 604/66 |
| 4,785,969 | A | 11/1988 | McLaughlin |
| 4,811,764 | A | 3/1989 | McLaughlin |
| 4,817,050 | A | 3/1989 | Komatsu et al. |
| 4,823,982 | A | 4/1989 | Aten et al. |
| 4,828,545 | A | 5/1989 | Epstein et al. |
| 4,835,372 | A | * 5/1989 | Gombrich et al. ............ 235/375 |
| 4,839,806 | A | 6/1989 | Goldfischer et al. |
| 4,847,764 | A | 7/1989 | Halvorson |
| 4,850,009 | A | 7/1989 | Zook et al. |
| 4,853,521 | A | * 8/1989 | Claeys et al. ................. 235/375 |
| 4,857,713 | A | * 8/1989 | Brown ............................... 705/3 |
| 4,857,716 | A | * 8/1989 | Gombrich et al. ............ 235/375 |
| 4,865,584 | A | 9/1989 | Epstein et al. |
| 4,885,571 | A | 12/1989 | Pauley et al. |
| 4,898,578 | A | 2/1990 | Rubalcaba, Jr. |
| 4,911,327 | A | 3/1990 | Shepherd et al. |
| 4,916,441 | A | 4/1990 | Gombrich |
| 4,925,444 | A | * 5/1990 | Orkin et al. ..................... 604/80 |
| 4,939,705 | A | 7/1990 | Hamilton et al. |
| 4,952,928 | A | 8/1990 | Carroll et al. |
| 4,953,745 | A | 9/1990 | Rowlett, Jr. |
| 4,967,928 | A | 11/1990 | Carter |
| 4,971,221 | A | 11/1990 | Urquhart et al. |
| 4,973,944 | A | 11/1990 | Maletta |
| 4,978,335 | A | 12/1990 | Arthur, III |
| 4,980,671 | A | 12/1990 | McCurdy |
| 4,984,709 | A | 1/1991 | Weinstein |
| 5,006,699 | A | 4/1991 | Felkner et al. |
| 5,012,229 | A | 4/1991 | Lennon et al. |
| 5,014,875 | A | 5/1991 | McLaughlin et al. |
| 5,032,823 | A | 7/1991 | Bower et al. |
| 5,041,086 | A | 8/1991 | Koenig et al. |
| 5,047,948 | A | 9/1991 | Turner |
| 5,048,870 | A | 9/1991 | Mangini et al. |
| 5,071,168 | A | 12/1991 | Shamos |
| 5,075,670 | A | 12/1991 | Bower et al. |
| 5,078,683 | A | 1/1992 | Sancoff et al. |
| 5,088,056 | A | 2/1992 | McIntosh et al. |
| 5,094,829 | A | 3/1992 | Krivak et al. |
| 5,099,463 | A | 3/1992 | Lloyd et al. |
| 5,100,380 | A | 3/1992 | Epstein et al. |
| 5,104,374 | A | 4/1992 | Bishko et al. |
| 5,108,367 | A | 4/1992 | Epstein et al. |
| 5,115,223 | A | 5/1992 | Moody |
| 5,153,827 | A | * 10/1992 | Coutre et al. ................. 604/111 |
| 5,161,199 | A | 11/1992 | David |
| 5,166,498 | A | 11/1992 | Neeley |
| 5,176,285 | A | 1/1993 | Shaw |
| 5,181,189 | A | 1/1993 | Hafner |
| 5,193,855 | A | 3/1993 | Shamos |
| 5,202,929 | A | 4/1993 | Lemelson |
| 5,204,670 | A | 4/1993 | Stinton |
| 5,207,642 | A | 5/1993 | Orkin et al. |
| 5,208,762 | A | 5/1993 | Charhut et al. |
| 5,213,232 | A | 5/1993 | Kraft et al. |
| 5,233,571 | A | 8/1993 | Wirtschafter |
| 5,256,157 | A | 10/1993 | Samiotes et al. |
| 5,272,318 | A | 12/1993 | Gorman |
| 5,273,318 | A | 12/1993 | Nakayama et al. |
| 5,289,157 | A | 2/1994 | Rudick et al. |
| 5,291,399 | A | * 3/1994 | Chaco .................................. 705/3 |
| 5,313,439 | A | 5/1994 | Albeck |
| 5,317,506 | A | 5/1994 | Coutre et al. |
| 5,319,363 | A | 6/1994 | Welch et al. |
| 5,319,711 | A | 6/1994 | Servi |
| 5,337,919 | A | 8/1994 | Spaulding et al. |
| 5,338,157 | A | 8/1994 | Blomquist |
| 5,347,453 | A | 9/1994 | Maestre |
| 5,348,061 | A | 9/1994 | Riley et al. |
| 5,376,070 | A | * 12/1994 | Purvis et al. .................... 604/31 |
| 5,378,231 | A | 1/1995 | Johnson et al. |
| 5,381,487 | A | 1/1995 | Shamos |
| 5,383,858 | A | 1/1995 | Reilly et al. |
| 5,392,952 | A | 2/1995 | Bowden |
| 5,398,220 | A | 3/1995 | Barker |
| 5,401,059 | A | 3/1995 | Ferrario |
| 5,405,048 | A | 4/1995 | Rogers et al. |
| 5,408,443 | A | 4/1995 | Weinberger |
| 5,408,655 | A | 4/1995 | Oren et al. |
| 5,412,372 | A | 5/1995 | Parkhurst et al. |
| 5,429,602 | A | 7/1995 | Hauser |
| 5,431,299 | A | 7/1995 | Brewer et al. |
| 5,445,621 | A | 8/1995 | Poli et al. |
| 5,455,851 | A | 10/1995 | Chaco et al. |
| 5,460,294 | A | 10/1995 | Williams |
| 5,465,082 | A | * 11/1995 | Chaco ....................... 340/825.49 |
| 5,472,113 | A | 12/1995 | Shaw |
| 5,477,511 | A | 12/1995 | Englehardt |
| 5,480,062 | A | 1/1996 | Rogers et al. |
| 5,485,408 | A | 1/1996 | Blomquist |
| 5,491,482 | A | 2/1996 | Dingwall et al. |
| 5,491,774 | A | 2/1996 | Norris et al. |
| 5,493,805 | A | 2/1996 | Penuela et al. |
| 5,499,626 | A | 3/1996 | Willham et al. |
| 5,502,445 | A | 3/1996 | Dingwall et al. |
| 5,502,944 | A | 4/1996 | Kraft et al. |
| 5,504,474 | A | 4/1996 | Libman et al. |
| 5,508,499 | A | 4/1996 | Ferrario |
| 5,511,000 | A | 4/1996 | Kaloi et al. |
| 5,512,879 | A | 4/1996 | Stokes |
| 5,512,880 | A | 4/1996 | Abrams et al. |
| 5,519,808 | A | 5/1996 | Benton, Jr. et al. |
| 5,522,525 | A | 6/1996 | McLaughlin et al. |
| 5,522,798 | A | * 6/1996 | Johnson et al. ................. 604/65 |
| 5,525,969 | A | 6/1996 | LaDue |
| 5,527,289 | A | 6/1996 | Foster et al. |
| 5,531,697 | A | 7/1996 | Olsen et al. |
| 5,531,698 | A | 7/1996 | Olsen |
| 5,532,705 | A | 7/1996 | Hama |
| 5,536,084 | A | 7/1996 | Curtis et al. |
| 5,541,580 | A | 7/1996 | Gerston et al. |
| 5,541,583 | A | 7/1996 | Mandelbaum |
| 5,547,470 | A | 8/1996 | Johnson et al. |
| 5,548,566 | A | 8/1996 | Barker |
| 5,548,660 | A | 8/1996 | Lemelson |
| 5,558,638 | A | 9/1996 | Evers et al. |
| 5,558,640 | A | 9/1996 | Pfeiler et al. |
| 5,564,005 | A | 10/1996 | Weber et al. |
| 5,564,803 | A | 10/1996 | McDonald et al. |
| 5,569,187 | A | 10/1996 | Kaiser |
| 5,573,506 | A | 11/1996 | Vasko |
| 5,582,593 | A | * 12/1996 | Hultman ......................... 604/65 |
| 5,593,267 | A | 1/1997 | McDonald et al. |
| 5,594,786 | A | 1/1997 | Chaco et al. |
| 5,602,963 | A | 2/1997 | Bissonnette et al. |
| 5,609,268 | A | 3/1997 | Shaw |
| 5,609,716 | A | 3/1997 | Mosher et al. |
| 5,612,675 | A | 3/1997 | Jennings et al. |
| 5,621,384 | A | 4/1997 | Crimmins et al. |
| 5,623,242 | A | 4/1997 | Dawson, Jr. et al. |
| 5,627,520 | A | 5/1997 | Grobbs et al. |
| 5,629,981 | A | 5/1997 | Nerlikar |
| 5,642,906 | A | 7/1997 | Foote et al. |
| 5,643,212 | A | * 7/1997 | Coutre et al. ................. 604/131 |
| 5,646,912 | A | 7/1997 | Cousin |

**US 7,933,780 B2**

Page 3

| | | | |
|---|---|---|---|
| 5,647,854 | A | 7/1997 | Olsen et al. |
| 5,650,766 | A | 7/1997 | Burgmann |
| 5,651,775 | A | 7/1997 | Walker et al. |
| 5,658,250 | A | 8/1997 | Blomquist et al. |
| 5,659,741 | A | 8/1997 | Eberhardt |
| 5,660,176 | A | 8/1997 | Iliff |
| 5,669,877 | A | 9/1997 | Blomquist |
| 5,678,925 | A | 10/1997 | Garmaise et al. |
| 5,681,285 | A | 10/1997 | Ford et al. |
| 5,689,229 | A | 11/1997 | Chaco et al. |
| 5,689,567 | A | 11/1997 | Miyauchi |
| 5,713,856 | A * | 2/1998 | Eggers et al. .................. 604/65 |
| 5,719,761 | A | 2/1998 | Gatti et al. |
| RE35,743 | E | 3/1998 | Pearson |
| 5,732,401 | A | 3/1998 | Conway |
| 5,738,102 | A | 4/1998 | Lemelson |
| 5,742,233 | A | 4/1998 | Hoffman et al. |
| 5,745,366 | A | 4/1998 | Higham et al. |
| 5,768,813 | A | 6/1998 | Reboul et al. |
| 5,771,001 | A | 6/1998 | Cobb |
| 5,772,635 | A * | 6/1998 | Dastur et al. .................. 604/131 |
| 5,781,442 | A * | 7/1998 | Engleson et al. ............. 700/214 |
| 5,782,805 | A | 7/1998 | Meinzer et al. |
| 5,793,290 | A | 8/1998 | Eagleson et al. |
| 5,814,015 | A | 9/1998 | Gargano et al. |
| 5,822,544 | A * | 10/1998 | Chaco et al. ..................... 705/2 |
| 5,826,217 | A | 10/1998 | Lerner |
| 5,827,180 | A | 10/1998 | Goodman |
| 5,833,599 | A | 11/1998 | Schrier et al. |
| 5,839,836 | A | 11/1998 | Yuyama et al. |
| 5,851,186 | A | 12/1998 | Wood et al. |
| 5,852,590 | A | 12/1998 | de la Huerga |
| 5,852,911 | A | 12/1998 | Yuyama et al. |
| 5,855,395 | A | 1/1999 | Foote et al. |
| 5,868,669 | A | 2/1999 | Iliff |
| 5,871,465 | A * | 2/1999 | Vasko .............................. 604/65 |
| 5,877,675 | A | 3/1999 | Rebstock et al. |
| 5,877,742 | A | 3/1999 | Klink |
| 5,882,338 | A | 3/1999 | Gray |
| 5,883,370 | A | 3/1999 | Walker et al. |
| 5,883,576 | A | 3/1999 | de la Huerga |
| 5,924,074 | A | 7/1999 | Evans |
| 5,936,529 | A | 8/1999 | Reisman et al. |
| 5,941,846 | A | 8/1999 | Duffy et al. |
| 5,945,651 | A | 8/1999 | Chorosinski et al. |
| 5,954,700 | A | 9/1999 | Kovelman |
| 5,960,085 | A | 9/1999 | de la Huerga |
| 5,970,388 | A | 10/1999 | Will |
| 5,979,757 | A | 11/1999 | Tracy et al. |
| 5,980,501 | A | 11/1999 | Gray |
| 5,997,476 | A | 12/1999 | Brown |
| 6,003,006 | A | 12/1999 | Colella et al. |
| 6,012,034 | A | 1/2000 | Hamparian et al. |
| 6,012,088 | A * | 1/2000 | Li et al. ........................ 709/219 |
| 6,019,745 | A | 2/2000 | Gray |
| 6,021,392 | A | 2/2000 | Lester et al. |
| 6,024,539 | A | 2/2000 | Blomquist |
| 6,032,155 | A | 2/2000 | De La Huerga |
| 6,032,676 | A | 3/2000 | Moore |
| 6,036,231 | A | 3/2000 | Foote et al. |
| 6,070,148 | A | 5/2000 | Mori et al. |
| 6,070,761 | A | 6/2000 | Bloom et al. |
| 6,076,106 | A * | 6/2000 | Hamner et al. ............... 709/223 |
| 6,104,295 | A | 8/2000 | Gaisser et al. |
| 6,110,152 | A | 8/2000 | Kovelman |
| 6,113,554 | A | 9/2000 | Gilcher et al. |
| 6,140,936 | A | 10/2000 | Armstrong |
| 6,144,303 | A | 11/2000 | Federman |
| 6,169,707 | B1 | 1/2001 | Newland |

| | | | |
|---|---|---|---|
| 6,195,589 | B1 | 2/2001 | Ketcham |
| 6,215,992 | B1 * | 4/2001 | Howell et al. .............. 455/412.1 |
| 6,219,587 | B1 | 4/2001 | Ahlin et al. |
| 6,224,057 | B1 | 5/2001 | Morton |
| 6,241,704 | B1 | 6/2001 | Peterson et al. |
| 6,255,951 | B1 | 7/2001 | de la Huerga |
| 6,259,355 | B1 | 7/2001 | Chaco et al. |
| 6,259,654 | B1 | 7/2001 | de la Huerga |
| 6,263,330 | B1 | 7/2001 | Bessette |
| 6,270,455 | B1 | 8/2001 | Brown |
| 6,283,761 | B1 | 9/2001 | Joao |
| 6,286,038 | B1 * | 9/2001 | Reichmeyer et al. ......... 709/220 |
| 6,294,999 | B1 | 9/2001 | Yarin et al. |
| 6,295,506 | B1 | 9/2001 | Heinonen et al. |
| 6,312,227 | B1 | 11/2001 | Davis |
| 6,317,390 | B1 | 11/2001 | Cardoza |
| 6,324,123 | B1 | 11/2001 | Durso |
| 6,338,007 | B1 | 1/2002 | Broadfield et al. |
| 6,346,886 | B1 | 2/2002 | de la Huerga |
| 6,401,072 | B1 | 6/2002 | Haudenschild et al. |
| 6,408,330 | B1 | 6/2002 | De la Huerga |
| 6,480,147 | B2 * | 11/2002 | Durst et al. .............. 342/357.07 |
| 6,519,569 | B1 | 2/2003 | White et al. |
| 6,539,281 | B2 | 3/2003 | Wan et al. |
| 6,640,246 | B1 | 10/2003 | Gary, Jr. et al. |
| 6,641,533 | B2 | 11/2003 | Causey, III et al. |
| 6,671,563 | B1 | 12/2003 | Engelson et al. |
| 6,731,989 | B2 | 5/2004 | Engleson et al. |
| 6,752,787 | B1 | 6/2004 | Causey, III et al. |
| 6,779,024 | B2 | 8/2004 | DeLaHuerga |
| 6,790,198 | B1 | 9/2004 | White et al. |
| 6,988,075 | B1 | 1/2006 | Hacker |
| 7,041,941 | B2 | 5/2006 | Faries, Jr. et al. |
| 7,051,120 | B2 | 5/2006 | Greene et al. |
| 2001/0025136 | A1 | 9/2001 | Bui et al. |
| 2001/0027634 | A1 | 10/2001 | Hebron et al. |
| 2001/0028308 | A1 | 10/2001 | De La Huerga |
| 2001/0031944 | A1 | 10/2001 | Peterson et al. |
| 2001/0041920 | A1 | 11/2001 | Starkweather et al. |
| 2001/0044731 | A1 | 11/2001 | Coffman et al. |
| 2001/0049608 | A1 | 12/2001 | Hochman |
| 2002/0002326 | A1 | 1/2002 | Causey, III et al. |
| 2002/0019606 | A1 | 2/2002 | Lebel et al. |
| 2002/0169636 | A1 | 11/2002 | Eggers et al. |
| 2003/0139701 | A1 | 7/2003 | White et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2154344 | 9/1985 |
| WO | WO 9910029 | 3/1999 |
| WO | WO 0013588 | 3/2000 |
| WO | WO 0043941 | 7/2000 |
| WO | WO 0052626 | 9/2000 |
| WO | WO 0057339 | 9/2000 |
| WO | WO 0069331 | 11/2000 |
| WO | WO 0072181 | 11/2000 |
| WO | WO 0060522 | 12/2000 |

OTHER PUBLICATIONS

Paul Lavin, "Small but perfectly informed Will a Java Ring become the next must-have fashion accessory?" The Independent, London, Apr. 7, 1998.
"Medical alerty systems," The University of California Berkley Wellness Letter, vol. 7, No. 1, p. 1, Oct. 1990.
"Surgical patients carry records on wristband", USA Today, vol. 126, No. 2631, p. 7, Dec. 1997.
International Search Report, Application No. PCT/US00/13267.

* cited by examiner



Figure 1

| 20 | Memory Contents -- Patient Identification Device 10 |
|---|---|
| 21 | Specific Patient Information |
| 22 | Patient Identification Number |
| 23 | Patient Name |
| 24 | List of Medications to which Patient is Allergic |
| 25 | Admitting Physician |
| 26 | Patient Blood Type |
| 27 | Height |
| 28 | Weight |
| 29 | Body surface area |

Figure 2

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 6 of 64 PageID #:14



Figure 3

| 60 | Memory Contents -- Physician Identification Device 40 |
|----|----|
| 61 | Administering Physician Information |
| 62 | Responsibilities/Title |
| 63 | Identification Number |
| 64 | Name |
| 65 | List of Patients Under Care of Physician |
| 68 | Date & time received information from patient information device 10 |
|    | Information Received from Patient Identification Device 10 |
| 21 | Specific Patient Information |
| 69 | Date & time received information from memory device 201/bar code 203 |
| 220 | Information Received from Memory Device 201/Bar Code 203 |
| 222 | Target Patient Information |
| 226 | Predetermined Physician Information |
| 230 | Dispensed IV Medication Information |
| 250 | Medication Report Components |
| 251 | Date and time received pump identification number 130 |
| 130 | Pump identification number |

Figure 4



Figure 5



Figure 7



Figure 15

| | |
|---|---|
| 220 | Memory Contents -- Memory Device  201 |

| | |
|---|---|
| 222 | Target Patient Information |
| 223 | Patient Identification Number |
| 224 | Patient Name |

| | |
|---|---|
| 226 | Predetermined Physician Information |
| 227 | Responsibilities/Title Of Physician Allowed to Give Medication |
| 228 | Physician Identification Number(s) Allowed to Give Medication |
| 229 | Physician Name(s)  Allowed to Give Medication |

| | |
|---|---|
| 230 | Dispensed IV Medication Information |
| 232 | Date and Time Medication Dispensed |
| 233 | Identification of Physician who dispensed Medication |
| 234 | Type and Quantity Actually Dispensed |
| 236 | Medication name/number |
| 237 | Prescribed Patient ID |
| 240 | Prescribed dosage |
| 241 | flow rate, |
| 242 | duration, |
| 243 | dose, e.g. mcg/kg/hr |
| 244 | medication concentration |
| 245 | titration standing order |
| 580 | route |
| 246 | Presciption order number |
| 247 | Ordering physician |
| 248 | Order verified and date |
| 249 | Time to adminster medication |

| | |
|---|---|
| 250 | Medication Report Components |
| 252 | Medication Report |
| 254 | Universal Record Locator |

Figure  6



Figure 9              Figure 8



Figure 10

Figure 11

Figure 12

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 11 of 64 PageID #:19



Figure 13

Figure 14



Figure 16



Figure 17

| 280 | Memory Contents -- Memory Device 105 |
|-----|--------------------------------------|
| 130 | Pump identification number |
| 282 | Patient Information |
| 61 | Administering Physician Information |
| 284 | IV Medication Information |
| | Memory Contents relatred to Pump Unit |
| 61 | Administering Physician Information |
| 284 | IV medication Information |
| 290 | Order verified |
| 291 | Pump status |
| 292 | flow rate |
| 293 | duration |
| 294 | dose, e.g. mcg/kg/hr |
| 295 | volume to be infused |
| 296 | volume infused |

Figure 18

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 15 of 64 PageID #:23



Figure 19

Figure 20



Figure 21

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 16 of 64 PageID #:24



Figure 22

Figure 23



Figure 24



Figure 25



Figure 26



Figure 26A



Figure  27



Figure  28



Figure  29



Figure  30



Figure 31

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 21 of 64 PageID #:29



**Figure 32**

**Figure 33**



Figure  34

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 23 of 64 PageID #:31



Fig. 35



Figure 36



Figure 44

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 25 of 64 PageID #:33



**Fig. 37**

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 26 of 64 PageID #:34



**Fig. 38**



Fig. 39



Fig. 40

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 29 of 64 PageID #:37



Fig. 41

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 30 of 64 PageID #:38



Fig. 42

580

Start

Read Portion of
Memory Content 20
(including Patient
ID 22) From Device
10;
Record Reading
Time as a First Time
68

582

584

Read Portion of
Memory Content 220
(including Patient ID
222 and Time to
Distribute Medication
249) From Device 200
For Bag A;
Record Reading Time
as Second Time 69

586

Read Portion of Memory
Content 280 (including
PatiPump Identification
Number 130) From Pump Unit
Memory 105;
Record Reading Time as Third
Time 251

588

Transfer the Times
and Other
Identifying
Information From
Device 40 to
Controller 260

End



Fig. 43

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 32 of 64 PageID #:40



Figure 45



Figure 46

Case: 1:11-cv-02799 Document #: 1-1 Filed: 04/27/11 Page 33 of 64 PageID #:41



Figure 47



Fig. 48

US 7,933,780 B2

**1**

# METHOD AND APPARATUS FOR CONTROLLING AN INFUSION PUMP OR THE LIKE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/426,553 filed Oct. 22, 1999 now U.S. Pat. No. 7,216,802 which was entitled "Method And Apparatus For Verifying Information". In addition this is a continuation-in-part of U.S. patent application Ser. No. 09/832,770 filed Apr. 11, 2001 entitled "Interactive Medication Container". Moreover this is a continuation-in-part of U.S. patent application Ser. No. 09/833,258 filed Apr. 12, 2001 now U.S. Pat. No. 7,061,831 and entitled "Product Labeling Method And Apparatus". Each of the above patents is incorporated by reference in its entirety.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## BACKGROUND OF THE INVENTION

The field of the invention is medical information devices and more specifically the field of device enhanced IV bags, pumps and pump assemblies that cooperate to reduce the potential for mis-medication and that substantially reduce pump assembly clutter.

While the present invention is applicable to any of several different IV type systems including syringe, bag, cartridge, etc., in order to simplify this explanation prior art and the present invention will be discussed in the context of a bag type IV system. In addition, while any of several different hospital personnel may be able to administer services and medications to a patient within a hospital, to simplify this explanation the term "physician" will be used to indicate any person that renders services or medication within a facility unless indicated otherwise. Moreover, the term "medicant" will be used to refer generally to any type of liquid solution for delivering substance to a patient via an infusion pump. Furthermore, while the present invention may be used in conjunction with infusion systems including a single pump unit, the invention is particularly useful in cases where a system includes several pump units and therefore the invention will be described in that context unless indicated otherwise.

While there are several different ways to deliver drugs, nutrients, etc., to a patient, one of the most widely adopted delivery systems is the infusion pump system wherein drugs or nutrients to be delivered to a patient are dissolved in a liquid solution and stored in a container, typically a bag, that is linked through an infusion pump unit to the patient's blood stream via an intravenous (IV) tube and a needle. Infusion pump systems are advantageous because the amount of substance delivered to the patient over time can be regulated by setting the concentration of the solution and/or setting the pumping rate. To this end, typically an infusion pump unit is equipped with some type of pump controller that can be manually manipulated by a physician to modify substance delivery rate and liquid volume.

Often more than one medicant must be delivered to a patient at any given time. To accommodate simultaneous delivery of a plurality of medicants, most facilities simply provide a separate pump for each of the medicants. For instance, where ten medicants are to be simultaneously delivered to a single patient, ten separate pumps, IV lines and IV bags are provided. In effect, the separate pump unit systems are supplementable to accommodate whatever number of medicants need to be delivered to the patient. To organize several pump units and minimize the space required to accommodate the pump units, often a shelving assembly is provided that organizes the units in a vertical fashion (i.e., one unit above another).

In the past the task of managing medicant infusion processes was relatively simple as most patients were administered only one or a two medicants at any given time. Recently, however, medicant delivery management has been made more difficult due to the large number of different medicants now available. For instance, a patient with five symptoms may now be administered five separate medicants, one medicant to address each of the five separate symptoms. In addition, where five separate medicants are delivered, the medicant volumes may have to be balanced so that a total medicant volume does not exceed a maximum safe volume to be delivered to a particular patient. Also, prior to delivering specific medicants, special protocols have to be performed. For instance, an exemplary protocol may require that a patient's temperature be taken where the medicant can be delivered only if the temperature is within a specific range. As another example, some medicants should only be delivered on an empty stomach and a physician should determine, prior to delivery, the time since the patient's most recent meal.

Moreover, where the total safe volume corresponds to a patient's size (i.e., weight, height, muscle mass, etc.), the total safe volume may change over time so that the volumes of each of the medicants has to be adjusted over time. Furthermore, it may be that a particular patient is allergic to specific medicant "cocktails" (i.e., mixtures) such that medicant mixtures have to be modified over time. Thus, during the course of a patient's stay at a medical facility, it is often that case that the rate of medicant delivery and the medicants delivered must be altered several times as a function of patient conditions.

To facilitate infusion pump setting and real time medicant delivery rate and volume adjustments during a patient's stay at a facility, most infusion pump systems are provided with some type of manual interface device that facilitates simple infusion setting alterations. Because there are only a small number of infusion settings, the interfaces may be relatively minimal including a small display and a small number of input keys (i.e., volume increase and decrease buttons, etc.). Minimal interfaces are relatively inexpensive and therefore expandable systems (i.e., systems that accommodate additional medicants by adding additional pump units) often include a separate interface device attached to each one of the pump units. For instance, if a system includes ten pump units, the system would also include ten separate interface devices for setting infusion parameters.

While expandable systems like those described above have various advantages (e.g., system hardware can be expanded and eliminated as desired), such expandable systems also have several shortcomings. First, clearly, as with any system, as more components are added to the system, the physical components of the infusion pump system become more difficult to track and manage. For instance, distinguishing system lines is important as pump unit settings have to be adjusted as a function of the medicant linked to a particular pump. In this regard, every time another pump unit and corresponding medicant bag are added to a system, an additional IV line has to be added to the system to link the bag and the corresponding pump.

While an additional line may not seem to cause much confusion at first, as several lines are added to the system, the

US 7,933,780 B2

**3**

lines begin to resemble spaghetti (i.e., the lines all have a similar appearance) and it becomes difficult to distinguish one line from the others. The task of distinguishing lines is exacerbated as most IV pump systems are simply located in any available suitably sized space within a patient's room and often have to be moved to accommodate other medical equipment. Thus, IV systems are often provided on wheeled upright supports that can be moved about a patient within the patient's room. Such movement can cause a plurality of IV lines to become entangled.

Similarly, because expandable systems typically include a separate interface for each pump unit, the task of employing the interfaces can be tedious. For instance, where there are a large number of interfaces (e.g., 8-10) that are stacked on a unit shelf, the lower interfaces may be difficult to observe. In addition, because pump systems are often moved to accommodate other medical equipment, often the systems have to be manipulated into observable orientations prior to using the interfaces.

Second, in addition to problems associated with the physical components of expandable systems, such systems also can lead to inadvertent mis-medication problems. For instance, as indicated above, where several IV bags and IV lines are crossed one or more times, a physician could easily mistake one pump unit for another and adjust or set an infusion setting for one medicant meant for another.

Third, where several medicants are simultaneously delivered to a single patient even a simple process of modifying medicant delivery rates can be complex. For instance, assume that ten medicants are being delivered to a patient and that a physician wishes to increase one of the medicant delivery rates. In this case, to ensure that the total volume of medicant delivered does not exceed the maximum safe volume, the physician would have to manually examine each of the pump unit interfaces to identify each medicant volume, add up the volumes and then determine if the desired increase is acceptable. In the event that the desired increase would increase the total volume to a level above the maximum, if the physician still wants to facilitate the increase, the physician has to determine which of the other medicant delivery rates can be decreased. Clearly this decision making and adjusting process is arduous. A similar process would be required if an additional medicant were to be added to the medicants being administered to the patient.

Fourth, record keeping in the case of an expandable infusion system can be difficult. To this end, to facilitate billing, historical archiving and diagnostic and prescriptive needs, virtually every modification to medicant delivery should be recorded in detail including the rate change, the medicant for which the rate was changed, the time at which the rate was changed, etc. With conventional infusion systems all changes have to be manually recorded in a patient's bed side chart for later transcription into an electronic filing database. Just as simple modifications to delivery rates are tedious to facilitate, so to are the records that indicate the modifications. For instance, consider again the case where ten medicants are administered to a patient and a physician intends to increase one of the medicant delivery rates. If other medicant delivery rates have to be altered to accommodate the increase in the one medicant, the physician has to make the modifications to other rates and then record each of the modifications.

U.S. Pat. No. 5,980,501 (the "'501 patent") teaches one infusion system wherein an electronic memory is provided on a medication bag where medication information is stored on the memory and can be obtained from the memory when an information reader is placed adjacent the memory. The reader

**4**

is linked to the bag adjacent the memory via a clip and is linked to a controlling pump unit via a data cord to provide medication information to the pump for regimen control purposes.

While the concepts in the '501 patent address various problems with prior art including pump programming problems that have lead to mis-medication in the past, the concepts in the '501 patent have several shortcomings. First, by requiring both a cord and an IV tube to be linked between each IV bag and a corresponding pump unit, the number of connections between IV bags and pump units is doubled. While additional connections may not be confusing in cases where only a single bag is linked to a patient, additional connections where more complex configurations are employed increase the likelihood of confusing which bags are linked to which pump units as IV lines and data cords often have similar appearances and may cross each other several times between corresponding bags and pump units.

For instance, assuming that four separate medicant bags are to be linked to a patient A. It is possible that a physician could link a single pump unit to a data cord corresponding to a first medicant and to an IV tube corresponding to a second medicant so that the information obtained from one of the information devices would be used to control administration of some other medicant and vice versa. Clearly such an inadvertent mix-up would cause mis-medication.

As another instance, again assume that four separate medicants are linked to a patient through a pump including seven inlet ports and a single outlet port that links to the patient and that a physician has manually adjusted settings for each of the separate medicants via a pump interface where the manual settings are different than the settings specified in the memory devices. Also assume that three of the four medicants have to be replaced. In this case, the physician has to trace the IV tubes from each of the medicants to be replaced to the corresponding pump units and disconnect the tubes from the corresponding pump unit inlet ports. After retrieving the replacement medicant bags, the physician has to make sure that the replacement bags are linked to the inlet ports from which the corresponding empty bags were removed. This can be accomplished by observing the pump interfaces to determine which units are associated with which medicants and then linking up the tubes to the pump units. These tracing and confirmation tasks are tedious at best and clearly could lead to configuration and medicant delivery errors.

Second, the simple task of determining which of several medicants is almost gone where several medicants are being delivered through a pump assembly to a single patient is also tedious. With the '501 patent system a physician has to either manually place the IV bag that is low on medicant within the physician's line of sight and read the information there from or has to trace the IV tube from the low medicant bag to the corresponding pump unit and obtain the medicant information there from. As known in the industry medicant bags are typically relatively flimsy and are often hung on IV stands such that medicant labels are not always easy to observe. As indicated above, tracing tubes to pumps is difficult.

Third, the '501 patent fails to facilitate record keeping tasks. To this end, while the '501 patent teaches a system for downloading prescription information into a pump unit and also teaches an interface for manually modifying infusion settings, the '501 patent fails to teach any way of tracking and recording manual delivery modifications.

Fourth, the '501 patent system does not overcome the problems discussed above with respect to multiple interfaces (i.e., a separate interface for each pump unit).

US 7,933,780 B2

5

Fifth, while the '501 patent teaches that bag memories should be disabled after a single use, the '501 patent fails to recognize that the same information stored in a bag memory may be included in a pump unit memory and could be used to administer other medicants to a patient. For instance, assume that a medicant A bag is empty and is to be removed from a pump unit. After removing the empty bag, the pump unit settings remain set in the pump unit. If another bag were linked to the pump unit, the unit may use the current settings to deliver medicant to the patient.

Sixth, the '501 patent system fails to teach correlation of a medicant with a particular patient or prescription prior to delivery. For instance, when a bag is linked to the '501 patent pump, the pump simply obtains information from the bag and adjusts pump settings as a function of the obtained information. The '501 patent then begins medicant delivery according to the settings without regard for whether or not the patient linked to the pump is the patient for whom the medicant was released from the pharmacy.

Seventh, the '501 patent system can inadvertently carry out a stale medicant regimen either on the patient for which a medicant was dispensed or on another patient. For instance, a bag memory could be retrieved by the '501 patent system and stored in a system memory prior to linking the medicant to a patient A, the patient for whom the medicant was intended. Several minutes later patient A could be moved within the facility and a patient B could be placed in patient A's position. In this case, medicant A may be administered to patient B inadvertently. While the '501 reference teaches including an expiry date on each memory device, such an expiry date would not overcome mis-medication like that described above.

Other prior art references have addressed some of the shortcomings of the '501 reference. For instance, with respect to reducing confusion among several pump units and corresponding IV lines, U.S. Pat. No. 5,713,856 (hereinafter "the '856 patent") teaches a system including a single patient interface unit and a plurality of linked functional units where each functional unit may be a separate infusion pump unit. A system operator uses the interface unit to set parameters for each of the functional units. The functional units are integrally mounted to the interface unit and receive instructions there from regarding infusion rate, volume, etc.

The '856 patent system is advantageous as it requires only one interface and a reduced number of IV lines and data cords. Nevertheless, the '856 system still has some of the shortcomings associated with the '501 patent and also has additional short comings such as requiring either manual entry of medicant information or a correlating process whereby medicant in a bag is correlated with medication/prescription information from a medication or patient record.

Other references teach systems where patient information can be read by bar code readers and the like so that systems can automatically determine if a medication is administrable to a particular patient (i.e., determine if the patient is allergic to a medication, determine patient blood type, etc.). These systems, however, typically operate on a pre-delivery basis (i.e., at a physician's office or at a facility pharmacy) and not as a function of patient conditions or circumstances at the time of medication delivery. For instance a patient may be allergic to a medicant combination including medicants A and B. The patient's allergy may not be noted in the patient's chart and therefore, even where the patient is currently being administered medicant B, a physician may prescribe and administer medicant A thereby causing an allergic reaction. Even where the patient's allergy is noted on the patient's chart, a physician may inadvertently fail to notice the allergy

6

and prescribe medicant A despite current delivery of medicant B. Similarly, even where a physician recognizes the allergy, the physician may inadvertently or accidentally prescribe medicant A despite current delivery of medicant B. Thus, while existing systems can recognize various drug combinations that should be avoided, often those systems are not linked to an IV system and therefore cannot alert physicians of potential mis-medication at the time of delivery.

Thus, there is a need for an IV system that enables simpler interfacing and more specifically a system that facilitates accurate prescription entry, verification that prescriptions are suitable at the time of delivery, avoidance of delivery of stale prescriptions, accurate and automatic delivery record keeping, a simple IV linking and de-linking protocol and simpler interfacing for monitoring and system setting modifications.

BRIEF SUMMARY OF THE INVENTION

This invention uses a patient wristband that can be machine read (e.g. bar code or RFID tag) to identify patients, an information device that is attached or adhered to an IV bag (e.g. bar code or RFID tag) containing instructions regarding the administration of the bag contents, and one or more IV pumps with intelligent controllers. In some instances a physician data collector (e.g. electronic ID badge or PDA) can be used to read information about a patient, from the wristband, the IV bag, from the information device, and transfer it to the IV pump. In some instances the data collector also reads information (e.g. bar code or RFID tag) about the IV pump and transfers it with the other information about the patient and the IV bag to a centralized IV pump controller.

In one embodiment the IV pump is capable of reading the information form the patient wristband and IV bag. When the information from the IV bag includes a patient identifier for whom is to receive the medication in the IV bag, the pump compares this with the patient information from the wristband. If the medication is not for this patient the IV pump can present an alert or block operation. Preferably the time between when the pump reads the wristband and the IV bag information is limited to a short period of time (e.g. less than 3 minutes) to minimize the chance for errors. There are occasions when the IV bag information will not include a patient identifier (e.g. "floor stock"), in which case no comparison can be made.

The IV bag information that is read by the pump can also include prescribed dosing information (flow rate, duration, volume to be delivered) which may include multiple settings for use over a separate intervals of time. The pump uses the dosing information to automatically set its operation. The physician need only press a start button to activate the pump. When the dosing information only includes an acceptable range of operation, but not a specific dose, the physician can set the pump to operate at flow rate. The pump can compare the entered flow rate with the acceptable range. When the range is not within the acceptable range the pump can alert the physician to this error. This can also be done when there is a specific pump dose specified, but the physician is required to enter it manually.

In some cases a medication in an IV bag is to be administered based on the patient's weight. The pump can obtain the weight directly from the patient's wristband and use this to set the flow rate of the pump.

When a pump is capable of pumping from more than one IV bag or line at a time, each IV bag (when specifying a patient identifier) must be for the same patient.

When a medication is to be administered via an unusual route (e.g. not intravenously) the pump can provide a prompt

US 7,933,780 B2

7

to the physician asking them to confirm that the correct route has been used. This is especially useful to determine that a medication for epidural use is not given intravenously.

When a pump is started without reading a patient wristband and/or the IV bag information device the pump can present an alert of a possible error.

When the last line attached to a IV pump is removed from the pump, the pump can erase any information it has previously stored about the patient, making the pump available for use on a new patient.

When the IV pump is turned off any information about. The previous patient and setting are erased. When the pump is turned on again it can check to see if an IV line is already placed in it or attached to it. An alert can be presented to the physician immediately, indicating to him that the pump has not been properly set up for this IV bag.

In some cases it is preferable for the physician to use an electronic badge (or PDA) as a data collector to read the patient wristband and the information device on the IV bag. Now the badge can compare and determine if the IV bag was dispensed for this patient. The badge then transfers the collected information to the IV pump to set its operation. The badge also determine the collection of information and the transfer of it to the pump all occurs within a time limit (e.g. 3 minutes).

Another embodiment of the invention uses a centralized pump controller (e.g. a laptop or tablet computer) providing the physician with a larger display for user interaction than normally available on an IV pump. The controller is able to program and monitor the performance of several pumps, giving the worker a single tool to control and review the operation of all the pumps administering IV medication to a patient.

In one use of the controller, the badge records information from the wristband, the IV bag information device, and in some cases an identifier placed on the IV pump (or a pump module when the pump can be used with more than one line). All of this information is transferred to the controller (e.g. via wireless communication). The controller determines if the patient the IV bag is was dispensed for corresponds to the same patient that the controller was previously sent. IF there is a mismatch an error is indicated and the controller will not interact with the specified pump. When there is a match or the controller was not previously in communication with an IV pump, the controller establishes communication with the IV pump using the pump identifier, which can be an RF address or frequency. Once in communication with the pump the controller determines if it is already running (manually started) and if the flow rate corresponds to that specified by the information device on the IV bag. If not or not within an acceptable range the controller presents an error. When the pump is not operating the controller transfers to the pump the dosing information received from the information device on the IV bag.

Generally when the controller is used to address the pump based on a selection made by the physician, the controller instructs the pump to activate a visual indicator (e.g. LED or use the pump display to present an easily noticed message). In this manner the physician can clearly see which pump he is interacting with via the controller. When the physician discontinues an IV medication bag, the pump can continue to activate the visual indicator until the IV line associated with that bag is removed for the pump. If the bag is not removed within a time limit an error is presented.

When an IV bag that has not been associated with a specific patient is used the controller can use a healthcare facility

8

network to query a database to determine if the medication in the bag has been prescribed for the patient, if not an error is indicated.

The controller records every manual modification to the operation of a pump providing the automated charting program. When a change is detected the controller can be used to present an alert if the physician does not identify himself to the controller within a time limit (e.g. 4 minutes). This process ensures that each change is recorded and attributed to a specific physician.

It should be understood that many aspects of the invention can be applied to other healthcare devices that are use in providing therapy to a patient, such as a ventilator, anesthesia machine, or balloon pump.

These and other objects, advantages and aspects of the invention will become apparent from the following description. In the description, reference is made to the accompanying drawings which form a part hereof, and in which there is shown a preferred embodiment of the invention. Such embodiment does not necessarily represent the full scope of the invention and reference is made therefore, to the claims herein for interpreting the scope of the invention.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is a perspective view of an identification device for a patient;

FIG. **2** is a schematic illustrating an exemplary memory contents of the device of FIG. **1**;

FIG. **3** is a perspective view of physician identifying device;

FIG. **4** is a schematic diagram of an exemplary memory content of the device of FIG. **3**;

FIG. **5** is a perspective view of a medicant bag including an information tag according to one aspect of the present invention;

FIG. **6** is a schematic view of an exemplary memory content of the tag of FIG. **5**;

FIG. **7** is a schematic of one embodiment of the tag of FIG. **5**;

FIG. **8** is a perspective view of an electronic tag to be used with a bag like the bag in FIG. **5**;

FIG. **9** is a schematic diagram illustrating various components of the device in FIG. **8**;

FIG. **10** is a plan view of yet another inventive tag embodiment;

FIG. **11** is a perspective view of the tag of FIG. **10** folded into a useable configuration;

FIG. **12** is a schematic diagram of the circuit components of FIG. **10**;

FIG. **13** is a plan view of another inventive tag embodiment;

FIG. **14** is a perspective view of the tag of FIG. **13** folded into a useable configuration;

FIG. **15** is a schematic plan view of yet another tag embodiment that may be used with the bag of FIG. **5**;

FIG. **16** is a perspective view of an IV pump assembly;

FIG. **17** is a schematic view of several of the components included in the pump of FIG. **16**;

FIG. **18** is an exemplary memory content of the memory of FIG. **17**;

FIG. **19** is a cross-sectional view of one of the lines and data buses of FIG. **16**;

FIG. **20** is a cross-sectional view of another embodiment of a combined IV line and data bus assembly;

US 7,933,780 B2

9

FIG. **21** is a plan view of a connector configuration used to connect two lines that are similar to the line illustrated in FIG. **19**;

FIG. **22** is a cross-sectional view of another line embodiment;

FIG. **23** is a cross-sectional view of another line embodiment;

FIG. **24** is a cross-sectional view of a connector configuration used with the line similar to the line illustrated in FIG. **23**;

FIG. **25** is a perspective view of an end of the line illustrated in FIG. **24**;

FIG. **26** is a schematic view of an IV system according to one embodiment of the present invention;

FIG. **26**A is a schematic diagram of the components of the controller in FIG. **26**;

FIG. **27** is an exemplary screen shot that may be provided via the display in FIG. **26**;

FIG. **28** is similar to FIG. **27**, albeit of a second screen shot;

FIG. **29** is similar to FIG. **27**, albeit of a third screen shot;

FIG. **30** is a cross-sectional schematic view of a line according to another aspect of the present invention;

FIG. **31** is a schematic view of an order verification system according to the present invention;

FIG. **32** is a schematic view of another pump embodiment according to the present invention;

FIG. **33** is a schematic view of yet another pump embodiment according to the present invention;

FIG. **34** is a schematic view of various components of the pump assembly of FIG. **33**;

FIG. **35** is a flow chart illustrating one inventive method;

FIG. **36** is a schematic diagram illustrating data stored in a controller memory;

FIGS. **37-43** are additional flow charts according to the present invention;

FIGS. **44-46** are exemplary screen shots according to one embodiment of the present invention;

FIG. **47** is a schematic diagram of an IV bag and syringe assembly useable with the present invention; and

FIG. **48** is yet one more flow chart consistent with the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings wherein like reference characters and symbols correspond to similar elements throughout the several views, the present invention will be described in the context of several exemplary systems for use in delivering medication to a patient **12** (see FIG. **26**).

Generally, the systems used to describe the present invention are integrated systems wherein some type of controller is capable of obtaining information from several of the other system components and then using the information to provide valuable data to a system user and to enable unified control of medicant delivery to a patient. To this end, among other things, a controller may obtain medicant and prescription information from each of several different IV bags and use that information to automatically set pump operating parameters for specific pump units linked to the bags. In addition, a controller may collect information from a patient identification device and compare patient specific information with medicant information from bags to determine if medicants in the bags are to be delivered to the patient. All of these processes are automated and require only minimal physician intervention and data processing so that most sources of human error are eliminated from the IV medicating and monitoring process. In addition, confirmation and communication

10

protocols facilitate many of the inventive methods in a wireless or networked environment which reduces the number of hardware connections required to implement the inventions and thereby renders IV systems much more user friendly.

Hereinafter various electronic devices will be described separately and then various systems including the separate devices will be described and methods that are facilitated via the systems will be described. It should be appreciated that there are many different aspects described herein and that, unless clearly indicated as being necessary, none of the specific aspects are required but rather the various aspects may be combined in any of several different combinations to result in an inventive combination. It should also be noted that while devices are described as having certain components, many of the components and their functions may be provided via any of several commercially available processors programmed to perform the functions.

A. Patient Identification Device

Referring now to FIG. **1**, a patient identification device **10** is illustrated. While device **10** is illustrated as being a patient ID device, the form of device **10** is not particularly important for the purposes of the present invention and therefore any type of patient mounted device **10** or device that can be uniquely associated with patient **12** is contemplated. Referring also to FIG. **26**, device **10** is attached to a limb of patient **12** and therefore is physically associated with patient **12**.

Device **10** includes a processor and memory that are disposed within a housing **14**. For a better understanding of the components and construction of an exemplary device **10** see U.S. Pat. No. 5,883,576 which issued to De La Huerga on Mar. 16, 1999 and which is entitled Identification Bracelet With Electronic Information and which is incorporated herein by reference. Although not separately illustrated, because the processor and memory are located within housing **14** and are linked together, hereinafter the numeral **14** will be used to refer to the device **10** processor and memory combined. Device **10** also includes a communication device **16** and an interface device **18**. Processor **14** is linked to each of the communication device **16**, the memory and the interface device **18**.

Referring also to FIG. **2**, the device **10** memory includes a memory content **20** that includes a list of information **21** that is typically specific to the patient **12** that is wearing device **10**. To this end, exemplary information includes a patient identification number **22**, the patient's name **23**, a list of medications to which patient **12** is allergic (or genomically incompatible with the patient) **24**, identification of an admitting physician **25**, the patients blood type **26**, and the patient's height, weight and body surface area **27**, **28** and **29**, respectively. Other information (e.g., patient records, etc.) is contemplated but has not been included in FIG. **2** in the interest of simplifying this explanation.

In the illustrated embodiment, the memory is electronic and communication device **16** is an RFID tag that is capable of transmitting at least a subset of the information stored in the memory and, in at least some embodiments is capable of receiving information for storage in the device memory from other system devices or at least receiving an activation signal indicating that device **10** should transmit memory information.

Interface **18** is illustrated as being a small screen but could take any of several other forms including one or more LEDs to indicate device status visually, one or more buttons activatable to provide information to processor **14** and/or an audible indicator such as small speaker or beeper device. In other embodiments device **18** may simply provide informa-

US 7,933,780 B2

11 12

tion passively. For instance, static devices **18** may include a bar code or some other machine recognizable optical characters.

Hereinafter, in the interest of simplifying this explanation, while communication device **16** may take any of several different forms and may be powered in any of several different ways either internally or externally, it will be assumed that device **10** is an externally powered RFID device and, to that end, device **16** is an RFID antenna linked to the device processor. In this regard, device **16** receives power when placed in a magnetic field having a specific frequency and provides that power to the processor. Similarly, the excited processor provides signals to the device **10** which are transmitted to an external reading device as described in more detail below.

Nevertheless, it should be appreciated that device **10** may take any of several other forms including an internally powered RFID device that includes a battery, a passive bar code or dot matrix device, an optical device, an electronic device capable of infrared communication, etc. In any embodiment the memory component of the device **10** should be capable of storing information like the information in FIG. **2** in a machine/processor obtainable format.

B. Physician Identification

Referring now to FIGS. **3** and **4**, to identify each physician **25** working at a facility, each physician wears or carries a physician identification device **40** that stores information or memory contents **60** in a machine obtainable format. Illustrated device **40** is an identification badge including, among other things, a communication device **42**, an activation button **44**, an audible indicator (e.g., speaker) **45**, a visual indicator (e.g., LED) **46** and processor and memory (not illustrated) that reside within a badge housing **48**. Once again, the badge processor and memory are linked together and both reside within housing **48** and the processor and memory combined will be referred to herein by numeral **48**. Also, while not illustrated, it is assumed that device **40**, includes a battery.

Referring to FIG. **4**, exemplary memory contents **60** includes a list of information corresponding to the physician wearing badge **40** and, in some embodiments, may temporarily include additional information related to medicant administration and a particular patient. The physician information includes administering physician information **61** such as physician responsibilities/title **62**, identification number **62**, name **64**, and a list of patients under care of the physician **65**. List **61** may include additional data elements or fewer than shown.

With respect to medicant administration and patient information, it is contemplated that device **40** may be used in several different ways. For instance, device **40** may simply be used to identify a wearing physician in which case medicant administration information would not be stored on device **40**. As another example, in addition to being used to identify a physician, device **40** may also be used to transfer information (e.g., medicant administration information, patient information, etc.) among other system devices such as bracelet **10**, IV bag tags described below, controllers and IV pumps. In this case, device **40** is programmed to obtain (e.g., read or receive) information from other devices, store the obtained information and transmit the information via communication device **42**. As yet one other example, device **40** may also be able to perform various portions of inventive protocols such as comparing medicant and patient information to determine if a particular medicant should be delivered to the patient and then controlling operation or setting operating parameters of an IV pump as a function of the comparison. These and other functions of device **40** are explained in more detail below.

Referring still to FIGS. **3** and **4**, exemplary medicant and patient information includes patient information **21** (see also **21** in FIG. **2**), date and time (collectively referred to as a "time" in some parts of this specification) patient information is obtained **68**, date and time information is obtained from an IV bag memory device **69**, information received from an IV memory **220**, target patient information **222** indicating a patient for which an IV bag has been provided, physician information **226** indicating at least one physician that is authorized to administer a medicant, dispensed IV medicant information **230**, a medication report component **250**, a date and time at which device **40** receives a pump identification number **251** and a pump identification number **130**. Many of these information segments are described in more detail below.

Referring also to FIGS. **1** and **2**, physician identification device **40** can use communication device **42** to obtain a portion or all of memory content **20** from device **10** and transfer the obtained information to memory **48** to be stored as part of memory content **60**. Obtaining information from patient identification device **10** can be initiated by pressing button **44** on badge **40** at which point device **40** transmits a query signal to device **10** causing device **10** to transmit required information.

In some embodiments the date and time **68** (see contents **60**) at which patient information is obtained may be provided by a real time clock (not separately illustrated) included within processor **48** and may be recorded in memory contents **60**. To this end, when patient information **21** is obtained via device **42**, the clock can indicate the date and time **68** to be stored with the received patient information **21**.

As in the case of patient identification device **10**, physician device **40** may take any of several different forms including the self powered RFID device **40** described above, an externally powered RFID device, a passive bar code or dot matrix, an optical device, an electronic device that communicates via IR, etc. Obviously, in the case of some passive devices (e.g., a bar code device), some of the functionality that is possible with an active processor based device cannot be facilitated.

C. IV Devices

Referring now to FIG. **5**, an exemplary bag **140** for use with the present invention includes, among other things, a conventional information label **146**, some type of information memory tag **200**, an aperture **139** in an upward extension **141** for linking the bag **140** to a bag support and outlet ports **143** and **145** for linking the bag **140** to IV pump units for medicant delivery. Label **146** includes printed human readable indicia that can be used to identify the content of bag **140** in a conventional manner.

In one aspect the present invention contemplates some type of label or tag **200** that can be mounted to IV bag **140** and which can be used to obtain information about the medicant in the bag in an automated fashion. To this end, tag **200** may include a transmitter and a power source for transmitting information stored electronically in a memory. Transmitting labels may include RF devices, IR devices, etc. Another alternative is to provide a passive tag such as a bar code, dot matrix, optical or resistive indicator, etc. Exemplary label devices or tags are described in more detail below. Generally, by providing medicant prescription and infusion instruction (e.g., pump unit parameter settings) on a tag **200** and a system for automatically obtaining that information, verifying and setting infusion parameters, many typical infusion errors can be avoided.

Referring still to FIG. **5**, tag **200** is a label device that is either formed within bag **140** (e.g., molded within the bag wall) or, as illustrated, is mounted via glue or in some other

US 7,933,780 B2

13

suitable fashion (e.g., band, etc.) to an external surface of bag **140**. Tag **200** forms an external surface **211** on which medicant information specific to a particular prescription can be provided including one or more of an intended recipient's name, dose and volume specification, the prescribing physician, qualifications regarding physicians that may administer the medicant, instructions regarding delivery of the medicant, etc.

Tag **200** includes a memory device (generally **201** in the Figs.) from which information regarding the medicant within bag **140** can automatically be obtained. Referring now to FIG. **6**, an exemplary memory contents **220** that may be stored in memory **201** is illustrated. While contents **220** includes several information types, it should be appreciated that a subset of contents **220** may be provided in memory **201** or other information in addition to contents **220** may be provided in memory **201** depending on how the tag information is employed.

Exemplary contents **220** includes selected patient information **222** including an identification number **223** and name **224** for a patient for which the medicant in the bag has been dispensed, predetermined physician information **226** including responsibilities or characteristics of a physician allowed to administer medicant **227**, ID numbers of physicians allowed to administer medicant **228** and names of physicians allowed to administer medicant **229**, dispensed IV medication information **230** including date of medicant delivery **232**, identification of physician that dispensed the medicant **233**, type and quantity of medicant delivered **234**, medicant name/ number **236**, prescribed patient ID **237**, prescribed dosage **240** including flow rate **241**, duration **242**, dose **243**, medicant concentration **244** and titration standing order **245**, prescription order number **246**, ordering physician **247**, order verified date **248** and time to administer medicant **249** and medication report components **250** including a medication report **252** and a universal record locator **254**. The nature of almost all of these information types is obvious to one of ordinary skill in the art and therefore will not be explained here in detail. Regarding less obvious information types and segments, those types will be explained in more detail below as they relate to other system components that have yet to be described.

It is contemplated that tags **200** will be programmed by a pharmacist or other physician using a dispensing system or a computer terminal equipped with a device capable of writing memory contents (i.e., list **220**) to tags **200**. In some cases the writing process will include printing information on an external surface of a tag including either human readable indicia or, in some cases, a machine readable code such as a bar code or dot matrix.

Hereinafter several different tag types are described. Each different tag type is referenced by the numeral **200** followed by a small letter (e.g., "a", "b", etc.), the letter differentiating one tag from another. For instance, in FIG. **7** one tag type is referenced as **200a**. Similarly, because each tag includes at least one memory device or component, each different memory device is referenced by the numeral **201** followed by a small letter, the letter again serving to differentiate one memory from another. For instance in FIG. **7** the memory device or memory is referenced as **201a**. In cases where tags are referred to generally the numeral **200** will be used and where tag memory is referred to generally the numeral **201** will be used.

Referring now to FIGS. **5** and **7**, in a first embodiment, tag **200a** includes an electronic memory **201a** linked to contacts **202** which can be used to obtain information from the memory **201a** and, during programming, may be used to

14

provide information to memory **201a**. Contacts **202** in FIG. **7** are electrical and to write information to memory **201a**, contacts of a writer (not illustrated) that are similar to contacts **202** have to physically touch contacts **202** to write information to memory **201a**. Similarly, in this case, to read information from memory **201a**, reader contacts have to physically touch contacts **202**. Tag **200a** may be attached to a bag **140** in any secure and suitable manner (e.g., glue on a flap as illustrated in FIG. **5**, etc.).

Referring to FIG. **15**, in a second embodiment, tag **200b** includes a bar code **201b** that may include any of the information described above and which may be accessed by a suitable bar code reading device to obtain the stored information. In this case, a printer (not illustrated) would provide the bar code **201b** on the tag **200b** and a bar code reader would be used to obtain information from the tag **200b**. Tag **200b** may be attached to a bag **140** in any secure and suitable manner.

In many of the embodiments described herein, some means for disabling a memory **201** after use is desirable. For instance, after the contents of an IV bag have been depleted, a tag mounted to the empty bag should not be useable with other bags to program an IV pump unit. Similarly, where an IV solution is to be discontinued for a particular patient prior to complete depletion, facility protocol is typically to discard the bag and the remaining contents to avoid use with another patient. In this case, once again, the tag **200** should be disabled to avoid using information therein to program a pump unit a second time.

Referring again to FIGS. **5** and **15**, to facilitate disablement of bar code memory **201b**, a perforated line **207** may be provided through bar code **201b**. Here, after bag content is depleted or dispensation is discontinued, tag **200b** may be torn along perforated line **207** so that only a subset of the code remains on a corresponding bag. In this manner tag **200b** in FIG. **15** may be rendered unable to provide information for pump unit programming purposes.

In tag embodiments that include both a processor and memory, tag configuration is relatively expensive. To reduce overall system costs, processor/memory based tags may be configured so that one or both of the processor and memory and other components (e.g., antenna, power source, etc.) are recyclable.

To this end, referring now to FIGS. **10**, **11** and **12**, in a third embodiment tag **200c** includes an adhesive strip **204**, contacts **208**, a conductor **209** and an RFID memory circuit **214**. Circuit **214** includes, among other components, separated first and second contacts **210**.

Referring to FIGS. **10** and **11**, strip **204** includes oppositely facing observable and hidden surfaces **211** and **601**, respectively, where the observable surface **211** is observable after the tag **200** is mounted to a bag **140** for use and the hidden surface **601** is hidden from view after tag **200** is mounted to a bag **140**. Strip **204** forms score lines **206** and perforated lines **207** that run perpendicular to a strip length (not separately indicated). The score lines **206** define four separate strip sections including end sections **205a** and **205b** at opposite end of the strip **204** and two mid-sections **603** and **213** that are separated by a central score line **206**.

Memory circuit **214** is mounted to the adhesive hidden side **601** of strip **204** within mid-section **213** while contacts **208** and conductor **209** are mounted to hidden side **601** of strip **204** within midsection **603** with conductor **209** forming a loop between contacts **208**. Conductor **209** and contacts **208** are arranged such that, when strip **204** is folded along the central score line **206** so that the hidden surfaces **601** of midsections **603** and **213** are adhered together, contacts **208** contact contacts **210** to form a closed circuit therewith. When

US 7,933,780 B2

15

so arranged, referring also to FIG. **5**, midsections **603** and **213** together form a tab **605**. Contacts **208** and conductor **209** can take several different forms and may include, among other components, a conductive adhesive applied to strip **204**, glued metallic members or a conductive printed material.

Strip **204** forms two perforated lines **207**, a separate line **207** in each of midsections **603** and **213**, respectively. Line **207** in midsection **603** (i.e., the midsection including conductor **209**) is positioned so that line **207** separates contacts **208**. To this end, in the illustrated embodiment, line **207** passes through the loop formed by conductor **209** twice although other embodiments may include only a single pass. Referring also to FIG. **11**, the perforated line **207** in midsection **213** is positioned such that, when strip **204** is folded around the central score line **206** and sections **213** and **603** are adhered together, the perforated lines **207** align.

Referring still to FIGS. **10** and **11**, a release liner **212** is provided on the end sections **205***a* and **205***b* of hidden surface **601** (i.e., there are two separate release liners, one for each of sections **205***a* and **205***b*). Release liner **212** protects adhesive on sections **205***a* and **205***b* prior to attaching strip **204** to bag **140**. When strip **204** is folded about central score line **206**, end sections **205***a* and **205***b* can be folded in the opposite direction so that liners **212** face in a direction opposite tab **605**. When so arranged, observable surface **211** can be used to print information related to the medicant within bag **140** (e.g., contents, patient ID, dosing information, etc.)

Referring to FIGS. **5** and **11**, to adhere tag **200***c* to bag **140**, release liners **212** can be removed from each of end sections **205***a* and **205***b* and the hidden surfaces of sections **205***a* and **205***b* can then be pressed against a surface of bag **140**.

Referring also to FIGS. **10** and **12**, when contacts **208** and **210** make contact (i.e., when strip **204** is folded about central line **206** such that corresponding sections of the hidden surface of strip **204** make contact) strip **204** forms the illustrated circuit **214**. Memory circuit **214** includes control logic **215** that is in communication with an antenna **216**, a power storage capacitor **217**, memory **201***c* and conductor **209**. Antenna **216** is a conventional RF antenna or magnetic field sensor for receiving power from an external device and for transmitting information to an external device via RF signals. When capacitor **217** is charged by antenna **216** and conductor **209** is intact, logic **215** accesses information within memory **201***c* and transmits the information via antenna **216**.

To disable tag **200***c* from providing information after use, a physician tears strip **204** along perforated lines **207** which effectively severs conductor **209** causing an open circuit. Logic **215** detects the open circuit and halts transmission of information from memory **201***c*. Alternately, conductor **209** can be positioned between logic **215** and any of the other components in circuit **214** so when conductor **209** is severed memory circuit **214** is rendered incapable of providing information.

After a tag **200***c* is disabled, the torn off portion of the tag **200***c* can be returned to a facility pharmacy for recycling and inclusion in another tag device on another bag with new information corresponding to the new bag.

Referring again to FIG. **5**, when text is printed on observable surface **211**, the text can be centered so that the text also extends across perforated lines **207**. In this manner, when distal tab **605** is torn away from other strip components, the text is also cut in a manner that prevents the text from being completely read, further preventing the tag information from being reused. Perforated lines **207** can be arranged as a diagonal line or as a chevron to further indicate when the distal tab **605** has been torn off.

16

Referring again to FIG. **12**, capacitor **217** may be replaced with a battery for internally providing power to logic **215** and antenna **216**. In this case, when conductor **209** is severed, logic **215** may set a bit in memory **201***c* indicating that the memory content should not be transmitted until the bit is reset at the facility pharmacy.

Referring now to FIGS. **13** and **14**, a fourth embodiment of a tag **200***d* is similar to the tag **200***c* in FIGS. **10** through **12** with the exception that tag **200***d* does not include a conductor **209** and has a different alignment of score and perforated lines **206***d* and **207***d*, respectively. To this end, a strip **204***d* includes two score lines **206***d* that separate strip **204***d* into first and second end sections **205***d* and **213***d* and a midsection **603***d*. Strip **204***d* includes a hidden surface **601***d* illustrated in FIG. **13** and an observable surface **211***d* best seen in FIG. **14**. On the hidden surface **601***d*, strip **204***d* includes an adhesive layer that is essentially evenly spread there across except for within circuit receiving spaces **219***d* and **218***d* on each of sections **205***d* and **603***d*, respectively. A memory circuit **214***d* is disposed within one of spaces **218***d* and **219***d* and, when sections **205***d* and **603***d* are folded with respect to score line **206***d* there between so that the hidden surfaces **603***d* thereof adhere together, spaces **219***d* and **218***d* form an envelop that houses circuit **214***d*. When so juxtaposed, as in the case of tag **200***c* in FIGS. **10-12**, strip **204***d* forms a distal tab **605***d*.

Referring still to FIGS. **13** and **14**, strip **204***d* also forms two perforated lines **207***d* one line **207***d* in each of sections **205***d* and **603***d*. The line **207***d* in section **603***d* is positioned on one side of space **218***d*. The line **207***d* in section **205***d* is positioned on one side of space **219***d* and such that, when sections **205***d* and **603***d* are adhered together as illustrated in FIG. **14**, lines **207***d* are aligned. As in the case of tag **200***c*, here a release liner **212***d* is provided on a hidden surface **601***d* of end section **213***d* to protect adhesive thereon until tag **200***d* is attached to an IV bag.

To attach tag **200***d* to a bag **140**, sections **205***d* and **603***d* are bent about line **206***d* there between until the hidden surfaces **601***d* thereof adhere together to form an envelope with circuit **214***d* therein and so that sections **205***d* and **603***d* together form tab **605***d*. Next, end section **213***d* is bent in an opposite direction so that hidden surface **601***d* thereof faces in a direction opposite the direction in which tab **605***d* extends. When so configured, liner **212***d* is removed from section **213***d* and tag **200***d* is adhered to bag **140** (see again FIG. **5**). Thus, in this embodiment strip **204***d* only has a single adhesive section **213***d* exposed, although other arrangements are envisioned.

When a bag **140** is to be discarded and tag **200***d* should be disabled, distal tab **605'** is torn from other portions of strip **204***d* and circuit **214***d* can be easily removed from the envelope (i.e., the space defined by spaces **219***d* and **218***d*). It is believed that circuit **214** is not likely to be accidentally used when exposed and thus this embodiment also prevents memory contents **220** from being accidentally reused as part of a patient treatment. After being removed from strip **204***d*, memory circuit **214***d* can be returned to a facility pharmacy for erasing, insertion into a new strip **204**, and reprogramming.

Referring once again to FIG. **5**, according to the present invention, with tags **200** on each of several different bags **140**, the information from each bag **140** may be obtained via a controller. To this end, while explained in more detail below, an exemplary controller includes some mechanism to obtain information from each of the tags **200**. For instance, a controller may include an RFID transponder that can excite each of tags **200** and cause each tag **200** to send memory information to the controller. The controller may have to be placed proximate each tag **200** to excite the tag and obtain informa-

17                                                                    18

tion there from or may be able to excite each tag **200** remotely (e.g., within 8 feet of the controller) to obtain information there from. In the alternative, where each tag **200** includes information in a bar code format, the controller may include a bar code reader that can read bar codes that are proximate the reader. In any event, it is contemplated that the controller can obtain information from each of tags **200**.

Referring now to FIG. **8**, a fifth embodiment tag **200***e* is illustrated. Referring also to FIG. **5**, it is contemplated that a "dumb" tab **605** is secured to a bag **140** and that the tab **605** does not have any memory. In addition, while illustrated as being removable via tearing along perforated lines **207**, it is contemplated that, in this embodiment, tab **605** is not easily tearable along line **207** (i.e., perforated line **207** is not provided). Instead, referring also to FIG. **9**, embodiment **200***e* includes a housing **330** that encloses a memory **201***e*, RFID logic **334**, a switch **332**, a battery **337** and an RFID antenna **336**. In addition, tag **200***e* includes a reset button **344**, a releasable connector **342** and an interface **346**. Logic **334** is linked to memory **201***e* and is linked to antenna **336** via switch **332**. Battery **337** is linked to other assembly devices to provide power thereto.

Housing **330** forms a slot **341** for receiving a dumb tab (see **197** in FIG. **5**). When tab **605** is received within slot **341**, connector **342** can be activated to lock tag **200***e* to the tab **605**. In the illustrated embodiment, slot **341** is formed by facing leg members **347** and **349** where member **349** forms a threaded aperture (not illustrated). Connector **342** includes a screw received in the threaded aperture and having a distal end that extends toward leg member **347**. Tag **200***e* is attachable to a tab **605** by tightening screw **342** (e.g., a quarter turn) within the aperture until the distal end of screw **342** pins the tab **605** against leg member **347**. In the alternative, referring again to FIG. **5**, tag **200** may form an aperture **195** through which the distal end of screw **342** passes or that receives some other mechanical clipping mechanism.

After tag **200***e* is secured to a bag via connector **342**, information can be written to memory **201***e* via antenna **336** and a standard RF transfer protocol. Normally, when tag **200***e* is attached to a tab **605** via connector **342**, the RFID tag can be activated to transmit information via antenna **336** to a controller **260** or some other receiving device. When tag **200***e* is removed from a tab **605**, switch **332** is opened preventing memory **201***e* from being read and thereby effectively disabling tag **200***e* from transmitting memory information. In addition, logic **334** may be programmed so that when switch **332** is opened, logic **334** either sets a bit in memory **201***e* or otherwise indicates that tag **200***e* has been removed from IV bag **140**.

In the alternative, another embodiment is contemplated that does not include a battery **337** and instead includes an externally powered RF assembly that has to be excited by an external source in order to send information to a controller or the like. In addition to sending information to a controller, information may also be obtainable from tag **200***e* by other system devices.

In this self powered embodiment, when an IV bag **140** is emptied or discontinued, tag **200***e* can be removed from the bag **140** by releasing connector **342** (e.g., counter turning connector **342**) to open switch **332**. It is anticipated that memory **201***e* is erased or reprogrammed prior to tag **200***e* being attached to a new IV bag **140**. To prevent tag **200***e* from being used to identify another bag prior to being reprogrammed, mechanical reset **344** may be used. To this end, in one embodiment, when connector **342** is released, tag **200***e* is disabled such that tag **200***e* will not provide information in memory **201***e* until connector reset **344** is reset using a special

tool (not illustrated). By reserving use of the special tool to qualified individuals, proper memory **201***e* reprogramming can be ensured. The resetting tool can include a battery and contacts or an RFID programming circuit or some type of mechanical device. In some embodiments, when the resetting tool is used, memory **201***e* is also automatically erased. Other methods of isolating or disabling memory **201***e* between uses are contemplated.

Referring still to FIG. **8**, assembly display **346** may be used to present portions of memory contents **220** or to indicate status of the device **200***e* (e.g., transmitting, receiving, etc.).

While the inventive system may employ any of several different types of communicating devices and protocols (including the devices and protocols described above) that enable system components to communicate and transfer information, in order to simplify this explanation, unless indicated otherwise, hereinafter, the invention will be described in the context of an RF based system where each device includes an RF communicating device to receive, transmit, or receive and transmit information from and to other system devices and also includes some type of antenna capable of receiving power from an external power source (e.g., a hand held device, a physician's badge, etc.)

D. IV Pump System

Referring now to FIG. **16**, an exemplary infusion system **607** includes at least one IV bag **140** linked to an infusion pump **100** via a first line **150***a* where pump **100** is in turn linked to a patient (not illustrated in FIG. **16**) via a second IV line **150***b*. Bag **140**, includes an externally powered RFID tag **200** including information similar to contents **220** in FIG. **6**.

Referring also to FIG. **17**, pump **100** includes a housing **102** that houses, among other things, one or more pump assemblies or units **108**, an infusion controller **103**, a display **123**, a visual indicator **124**, an audible indicator **126**, a transponder **122** and an interface device, typically in the form of a keyboard **106** or mouse for controlling a display cursor, for manually providing information to a processor **104**. Controller **103** includes processor **104** and a memory **105** that is accessible to processor **104** to read information from and write information to memory **105**.

Each unit **108** includes a pump **127** (e.g., compression rollers, a pressure gradient suction valve, etc.), a micro switch **128**, a pump specific indicator **125**, a line inlet port **132** and a line outlet port (not visible in Figs. but including the port from which line **150***b* in FIG. **16** extends). In some embodiments, each unit **108** also include a data inlet port **134** and a data outlet port (again, not visible in Figs. but includes port from which data line **162***b* extends in FIG. **16**). The data ports are described in more detail below. Lines **150***a* and **150***b* link corresponding unit inlet ports **132** and outlet ports (not illustrated) to IV bags **140** and a patient **12** in a conventional manner.

Referring still to FIG. **17**, processor **104** is linked to each of the pump **127**, switch **128** and indicator **125** for control thereof in a manner that will be described in more detail below. Switch **128** is configured and provided such that switch **128** can determine when an IV line **150***a* is connected to or removed from a corresponding pump unit **108**. To this end, switch **128** may be mounted inside port **132** to mechanically sense connection and disconnection of a line **150***a*.

Display **123** is, in some embodiments, an LCD or other screen device that facilitates communication of human readable information such as text, graphics, etc., related to one or more IV processes. Visual indicator **124** is typically an LED or some other similar device which is easily viewable under all lighting conditions. Hereinafter, while other than an LED may be used as a visual indicator, unless indicated otherwise,

US 7,933,780 B2

19

20

it will be assumed that all visual indicators are LEDs. Audible indicator **126** is a speaker or beeper or some other device capable of generating sound. Transponder **122** is an RFID tag reader that can communicate with other system devices including the patient ID devices **10**, physician ID devices **40**, bag tags **200**, etc. While transponder **122** is shown as a part of IV pump **100**, transponder **122** may be connected to pump **100** via a tether.

Processor **104** is linked to each of display **123**, indicators **124** and **126**, transponder **122** and keyboard **106**. In addition, as illustrated in FIG. **17**, processor **103** is also linked to a communication channel **255** such as an intranet or the Internet for communication with other facility or remote computing and storage devices.

Infusion controller **103** controls each pump unit **108** to infuse intravenous fluids to a patient from IV bags **140**. To this end, an IV bag **140** is connected to a patient via a fluid tubing line **150**a, **150**b that passes through one of pump units **108** to the patient.

Referring now to FIGS. **17** and **18**, a "populated" (i.e., essentially completely specified) exemplary memory contents **280** of memory device **105** is illustrated. Contents **280** includes a pump identification number **130**, patient information **282** and a separate memory content information segment for each pump unit **108** in pump **100**. Patient information **282** may include minimal information such as a patient ID or name or may include virtually all information from a patient ID device **10** and or additional patient information obtained via communication channel **255** and a remote facility server/ database. In any event, patient information **282** must be useable to uniquely identify a single patient so that pump **100** can be uniquely associated with a single patient **12**.

Referring still to FIG. **18**, exemplary memory content for one unit **108** includes physician information **61**, IV medicant information **284**, order verification information **290** and pump status information **291** (i.e., flow rate **292**, duration **293**, dose **294**, volume to be infused **295** and volume infused **296**). Memory contents **280** and how the contents are used will be explained in greater detail below.

Referring now to FIGS. **5** and **16**, when an IV bag **140** is brought to a patient for infusion, the bag **140** is positioned with respect to transponder **122** and transponder **122** is activated to obtain (e.g., read) at least a subset of memory contents **220** from the tag **200** on the IV bag **140** and store a portion of the obtained memory content in controller memory **105**. For instance, in the present example, as memory **201** is an RFID tag, transponder **122** is designed to read only RFID tags proximate (e.g., within 10 cm) the transponder **122**. The range of sensing is limited to prevent transponder **122** from obtaining information from an RDIF tag associated with another more distal IV bag **140**. In the present case range is limited by restricting the power of transponder **122** so that only RFID tags (e.g., **200**) proximate the transponder are powered thereby. Consistent with the medication information **230** obtained from contents **220**, pump **100** sets operating parameters for a particular pump unit **108** so that the unit **108** operates at the prescribed dosage rate and time. In effect, the processor **104** associates the pump unit with the particular infusion process prescribed by the bag tag **200**.

Referring also to FIGS. **1** and **2**, when medicant dosing is dependent on a patient's weight, in some embodiments pump **100** uses transponder **122** or some other sensor device to obtain (e.g., read) a portion memory contents **20** of patient identifier **10** to determine the patient's current weight **28**. This reading process, like the process of reading tag memory **201** will, it is contemplated, require placement of a patient identifying device **10** proximate transponder **122** to facilitate

device **10** activation and transfer via RF communication. Infusion controller processor **104** then computes the correct infusion rate based on weight **28**. The patient's weight can also be obtained from the physician entering it using keyboard **106** or the weight can be obtained via communication with a hospital network by transmitting (e.g., via 802.11 wireless communication) selected patient ID information **222** to a remote facility server via network **255** where the server which correlates patient identification with most recently recorded patient conditions including weight. Upon receiving the patient identification, the server identifies the patient's weight and transmits the weight back to the controller processor **104** for use by processor **104** in determining infusion rate.

Referring still to FIGS. **2** and **16**, when infusion rate or other characteristics are based on a patient's body surface area, the patient's body surface area **29** or height **27** and weight **28** which can be used to compute body surface area can be provided to processor **104** in any of the manners described above (e.g., via device **10**, remote server or physician entry via board **106**).

In addition to obtaining a patient's weight and other physical characteristics from a patient identification device **10**, pump **100** can also use transponder **122** to obtain other specific patient information **21** including the patient identification number **22** or some other information that uniquely identifies the patient. For the purposes of this explanation it will be assumed that processor **104** obtains and stores the patient identification number **22** (see FIG. **2**) from a device **10**. After obtaining the patient identification number **22**, processor **104** may be programmed to associate the pump **100** with the patient ID by storing the patient identification number **22** in memory **105** as number **130** (see FIG. **18**).

After a pump **100** is associated with a specific patient (e.g., via number **130** stored in controller memory **105**), upon obtaining information from an IV bag **140** including the patient identification number **223** that indicates the patient for which a medicant in corresponding bag was dispensed, processor **104** can compare the patient number **130** stored in memory **105** with the number **223** obtained from the bag **140** to determine if the medicant in the IV bag **140** was dispensed for delivery to the patient **12** associated with the pump **100** (i.e., the patient whose ID device **10** was most recently used to associate the pump). If the number **130** stored in pump memory **105** and the number **223** obtained from the IV bag do not match, processor **104** can alert an attending physician of the mismatch via display **123** or some other suitable device. If the compared numbers are identical, processor **104** may proceed to facilitate medicant delivery to the patient (i.e., may enable a pump unit corresponding to the medicant, unlock a compartment (not illustrated) on an infusion pump unit **108** to allow the IV bag **140** to be mounted thereon, and/or provide an audible or visual indication to the attending physician).

Other comparisons are contemplated for the purpose of facilitating other health safety functions. For instance, referring again to FIGS. **2**, **6** and **16**, processor **104** may obtain allergy information **24** (i.e., an indication of medicants that the patient is allergic to) from a patient's ID device **10** (see also FIG. **1**) and may also obtain the medicant name and number **236** from an IV bag memory **201**. In this case, prior to enabling delivery of medicant in a bag **140** to a patient, processor **104** may compare the list of medicants **24** to which the patient **12** is allergic with medication **236**. Here, assuming the pump has already been associated with a patient (e.g., in the case of a multiple line pump), patient information from the patient identification device **10** need not be obtained a second time to perform this comparison. If the patient **12** is

US 7,933,780 B2

21                                                    22

allergic to the medicant, processor **104** may alert an attending physician. If the patient is not allergic to the medicant, the processor may facilitate medicant delivery to the patient. In a particularly advantageous system, where the patient is not allergic to the medicant, the processor **104** affirmatively indicates that no allergies were identified thereby giving the patient and the attending physician some peace of mind regarding potential allergy problems.

As another comparison instance, processor **104** may be programmed to compare a total volume of medicant to be delivered during a period to a patient to a maximum allowable or safe volume over that period and, where the total intended to be delivered exceeds the allowable volume, may activate an alert and/or disable the units until a physician affirmatively bypasses the safety mechanism. To this end, where total allowable volume is dependent on patient weight or other characteristics, processor **104** may obtain the relevant characteristics from device **10**, determine the allowable volume to determine how to proceed. In the alternative, after obtaining patient ID information from device **10** processor **104** may access other relevant information via channel **255**.

Prior to authorizing or facilitating medicant dispensation to a patient, pump **100** may also require that a physician having specific training or responsibilities be present to administer the medicant. To this end, referring again to FIGS. **3**, **4**, **16**, **17** and **18**, pump **100** may determine that an appropriately credentialed physician is in attendance prior to commencing medicant delivery by requiring that physician information **61** be obtained by processor **104** from a physician's identification device **40** and compared to physician information in memory **105** or which is remotely accessible via channel **255** and which indicates required credentials. Here, it is contemplated that, just as transponder **122** can obtain information from patient identification device **10**, so too can transponder **122** obtain information from a physician's identification device **40** either via RF or some other communication protocol.

Once physician information **61** is obtained from a device **40**, information **61** can be compared with the required credentials information already stored in memory **105** to determine if the physician is authorized to dispense the medicant to the patient. Where the physician is appropriately credentialed, again processor **104** can facilitate delivery to the patient. Where the physician is not properly credentialed, processor **104** can indicate so. Physician credentials may be a function of any of several different factors including the patient identification (i.e., for a specific patient perhaps only one physician is authorized to administer medicant), medicant type (i.e., for a specific medicant, perhaps only two physicians at a facility are authorized to administer), etc.

While infusion control information is described above as being stored on separate bag tags **200**, in at least some embodiments infusion control information may be stored on the patient identification device **10**. In this case, upon obtaining information from a device **10**, processor **104** may store the obtained information including the control information. Thereafter, when a bag is brought to the patient for administration, processor **104** may obtain only medicant identifying information form the bag and then determine, based on a comparison of the information from the device **10**, whether or not the medicant should be delivered to the patient and if so, may use information from device **10** to set delivery parameters.

In all cases where communication is established between two components in an infusion system or where information is transferred form one system device to another, it is contemplated that system devices involved in the communication or transfer may be programmed to indicate, either visually or audibly, that the device is involved in the communication or transmission. This feature is contemplated as a way to ensure that during communications and transfers, a physician does not inadvertently and mistakenly communicate with an unintended device in proximity of a patient **12**. For instance, in the present case where system devices communicate via RF communication, assume that, to initiate a data transfer, a physician depresses one of the keys on keyboard **106**. In this case, where the physician wishes to transfer information form a patient device **10** to a pump memory **105** to associate the pump with the patient and for comparison and/or control purposes, the physician first positions the device **10** and transponder **122** in relative positions that should enable information transfer. Thereafter, the physician presses the data transfer initiation key on board **106** causing transponder **122** to request information from device **10**. When the request is received by device **10**, device **10** activates interface **18** to visually indicate that device **10** received the request. The physician visually confirms that device **10** that the physician intended to obtain information from is the device that generates the visual indication. This confirmation process avoids the possibility that information could be obtained form some other patient identification device **10** in the viscidity of transponder **122**. Thereafter device **10** transmits information to transponder **122** via RF communication.

When information is received by transponder **122**, processor **104** may cause display **123** or speaker **126** to indicate that information is being received. For instance, all received information may be displayed on screen **123** so that the physician can visually confirm basic information (e.g., patient name, general physical characteristics, etc.) Confirmation information (e.g., an acceptance of transmitted information by a physician) may be recorded in pump memory **105** for later transmission to a database.

As another example, referring again to FIGS. **8** and **16**, when a tag **200e** receives an information request, tag **200e** may indicate reception by indicating via display **346** or some other indicator (e.g., an LED).

Instead of using patient device **10** information to associate a pump **100** with a specific patient **12**, information from a bag tag **200** may be employed. To this end, assuming that a pump **100** is initially not associated with a particular patient, when a first bag tag **200** is interrogated by transponder **122**, processor **104** may obtain patient identification information from the first bag and store that identification information in memory **105** to establish association. Thereafter, until the association is discontinued, whenever subsequent bags **140** are brought to the patient **12** for medicant delivery, information is obtained from the tags **200** on the subsequent bags **140** and is compared to the information in memory **105** that identifies the associated patient. The interrogation process is similar to the process described above (e.g., may include allergy comparison, physician identification comparison, etc.) prior to facilitating medicant delivery. In this manner, the first IV bag **140** attached to an infusion pump **100** effectively assigns the pump **100** for use with a single patient **12** and no other patient until the association is terminated, thereby assuring that the patient **12** receives only medicants dispensed for that patient **12**.

Typically an IV pump **100** will not be turned off until the medicant being delivered by the pump **100** is to be discontinued. To avoid using information in a pump memory **105** to deliver medicant inadvertently as a function of stale information in memory **105**, in at least some embodiments of the invention, when IV pump **100** is turned off, patient information **130**, **282** (see FIG. **18**) is erased from memory **105**. After

23                                                                          24

memory **105** has been cleared in this manner, if a physician desires to begin delivery of the medicant to the patient again, the pump can again be turned on and the association process and comparison processes described above can be repeated. If the pump **100** is to be used with a second patient, another association and interrogation process involving the second patient and other medicant bags **140** must be performed. It is also contemplated that some key on board **106** may facilitate manual erasing of memory **105**.

Referring again to FIG. **16**, system **607** includes line sensors **128** for sensing when an IV bag is linked to a specific pump unit **108**. In these cases, processor **104** can receive an indication from a sensor **128** that a line has been linked to or removed from a pump unit **108** and then can perform some function based on the status of liked lines. In some embodiments, when a line is removed from a unit **108**, the information stored in memory **105** corresponding to the specific unit **108** is erased so that the information is not inadvertently used to control delivery of a medicant in a subsequent IV bag **140**.

Thus, when another bag is brought to the patient for delivery, an association and programming process is repeated to set parameters for delivery of the medicant in the new bag. Similarly, when a final IV line **150***a* is detached from a pump **100**, the pump **100** should be disassociated from the previously associated patient **12** so that the pump **100** can be used with another patient. To this end, in at least some embodiments, when a final line is detached from pump **100**, processor **104** may be programmed to erase or clear the memory **105** to effectively disassociate the patient **12** and the pump **100**.

Similarly, when a line **150***a* is initially plugged into a unit inlet **132** and is sensed by a switch **128**, processor **104** determines if the pump **100** has been associated with a specific patient. Where pump **100** has not been associated with a specific patient **12**, processor **104** can instruct an attending physician to use transponder **122** to obtain patient information from some other device. For instance, transponder **122** may be used to obtain patient information form a patient device **10**. In the alternative, transponder **122** may be used to obtain patient information from the bag tag **200**. After processor **104** obtains the patient information, processor **104** stores the information in memory **105** (see also FIG. **17**) to establish an association between pump **100** and the patient **12**. In addition, after associating the pump **100** with a patient, processor **104** automatically obtains medicant and prescription information (hereinafter "unit control information") from tag **200** and store that information in memory **105** to control the specific unit **108** linked via line **150***a*.

In embodiments that do not include sensors **128**, a pump unit start key (e.g., one of the keys on board **106**) may be pressed to indicate that a new line is being linked to a pump unit **108** and the process described above may be repeated to determine if the pump is associated with a patient and to obtain unit control information and associate a pump unit with a specific medicant bag and the control information.

In some embodiments, when an initial IV bag **140** is detached from a pump unit **108**, even when the initial bag **140** comprises the last bag **140** attached to pump **100**, there can be circumstances wherein preserving memory contents **280** is desirable. For example, when an initial bag **140** is to be detached form a unit **108** and replaced with a replacement bag **140** and the replacement bag either includes the same medicant as the initial bag or was issued under the same order as the initial bag **140**, it may be advantageous to maintain existing infusion process parameters (i.e., parameters corresponding to the initial bag) when the replacement bag is linked to the unit **108**. This parameter maintenance feature is especially useful when medicant delivery parameters have been titrated or modified in response to the patient's condition.

To facilitate this feature, when a line is detached from a unit **108**, processor **104** may be programmed to maintain the parameter settings for the specific unit until information can be obtained from the replacement bag and compared to the information corresponding to the initial bag **140**. Where the replacement bag medicant or unit control information is unrelated to similar information corresponding to the initial bag, processor **104** can then erase information related to the initial bag from memory **105** and replace that information with the unit control information obtained from the replacement bag **140** thereby associating the pump unit **108** with the new bag and corresponding control regimen. However, where the replacement bag unit control information and medicant are related to or are an extension of similar information corresponding to the initial bag, processor **104** can maintain the control parameters to control delivery of the medicant in the replacement bag. In the alternative, after processor **104** has identified a relationship between the initial and replacement bags, processor **104** may prompt an attending physician to affirm that the physician would like to continue with the previous flow rate **292**, duration **293**, dose **294**, etc. To this end, processor **104** may indicate the previous parameter settings via display **123** and provide icons via display **123** to accept, reject or adjust the settings.

While, in most cases, it is desirable to request bag tag **200** contents **220** and specific patient information **21** to ensure that a medicant is supposed to be delivered to a patient **12** prior to delivery, there are circumstances in which the delay required to obtain this type of information is particularly undesirable (e.g. a STAT or emergency condition) and in which pump **100** should be allowed to operate without requiring this information. To this end, another feature of the inventive system is that one of the keys or a specific key code on board **106** may be selectable to avoid having to perform the protocol described above in emergency situations.

Referring to FIGS. **16** and **17**, in single pump systems, processor **104** can determine that a bag **140** includes medicant for a particular patient **12** using several different protocols. According to one method described above, transponder **122** can be used to obtain patient identification information from device **10** and patient identification information from tag **200** memory content **220** and then determine if there is a match between the two patient identification sets.

In another embodiment, referring still to FIGS. **16** and **17**, a tag reader **160** may be provided that is linked via a data bus **162** to a connector **166** that is received within data port **134** of a unit **108**. In the illustrated embodiment bus **162***a* is connected to line **150***a* via clips **164** (e.g., pressure fit or glued) that are essentially equi-spaced along line **150***a*. Referring also to FIG. **19**, bus **162***a* is composed of wires **163** surrounded in a conventional manner with an electrical insulator. Using this arrangement bus **162***a* is easily associated with a specific IV bag **140**.

In the present example, reader **160** is an RF reader capable of reading or receiving information from tag **200**. Information obtained by reader **160** is provided to processor **104** (see also FIG. **18**) via bus **162***a* and port **134** and can be used in the manner described above to compare and set parameters.

In the illustrated embodiment bus **162** can only be separated from line **150***a* a short distance so that reader **160** and connector **166** can only be connected to the same bag **140** and the same pump unit **108** as line **150***a*, respectively. Similarly, referring also to FIG. **21**, bus **162***a* may be mated to a second bus **162***a'* associated with another line **150***a'* via electrical connectors **194** and **196** that mechanically limit the ways in

25                                                                 26

which the two buses **162***a* and **162***a'* can be linked. In FIG. **21**, mechanical limitation is facilitated by way of limiting the portion of slack bus lines **162***a* and **162***a'* to small distances to render incorrect cross connections essentially impossible. Because bus **162***a* is not physically part of line **150***a*, bus **162***a* can be detached from line **150***a* and reused.

Referring still to FIG. **16**, a second data bus **162***b* is linked to a portion of the IV line **150***b* that extends form pump **100** to the patient **12**. Bus **162***b* has a construction similar to the construction of bus **162***a* and operates in a similar manner to facilitate transfer of information from pump **100** to a line identification device **180** that is clipped to line **150***b* via clips **184**. Device **180** includes a display **182** so that device **180** can display any information in memory **105** including medication name or other information for a corresponding line **150***b* at a point nearer to the patient **12** than pump **100**. Device **180** is especially useful when multiple IV bags and lines are used on one patient. Devices **180** can be used by a physician to easily and accurately determine which of several lines linked to a patient should be removed when one or more lines are to be detached from the patient. To this end, a physician may use pump **100** to indicate one medicant to be discontinued. The pump processor **104**, tracking which units correspond to which medicants, can send a signal to a device **180** corresponding to the medicant to be discontinued thereby causing the device **180** to indicate (e.g., the beeping LED) the specific line to be detached from the patient **12**.

Referring now to FIGS. **20**, **22**, **23**, **24**, and **25**, a second embodiment of a combined line and bus is illustrated. In this embodiment, wires **163** are embedded within the walls that form the lumen **152** of line **150***a*. Line **150** is matable to a second line **150'** via a conventional Luer Lok fluid connection composed of a female portion **190** and a male portion **192**. Female portion **190** includes electrical contacts **198** and male portion **192** includes electrical contacts **199** arranged so that when the female **190** and male **192** portions are connected there is electrical contact between contacts **198** and **199** creating a link between wires **163** and **163'**. Where wires **163** are embedded within line **150***a*, sensor **160** may be detachable from line **150***a* to facilitate reuse.

Referring again to FIGS. **1-4** and **16-18**, in yet another embodiment physician identification device **40** may be used to obtain memory content **20** from a patient device **10** and to also obtain tag information from tag **200** on a bag **140**. The information from device **10** and tag **200** can then be transferred to pump **100** and processor **104** via transponder **122** and processor **104** can perform the comparison, associating and parameter setting protocols described above when appropriate. Here, as above, virtually any of the transfers of information or communications may be indicated by one or both devices involved indicating the occurrence via an audible or a visual indication.

In one other embodiment where a physician uses device **40** to obtain information from memory content **20** of device **10** and from content **220** of a tag **200**, device **40** may be programmed to determine if there is match between the patient information **21** from device **10** and the patient information **222** from tag **200**. Where the compared information matches, device **40** may transfer at least a subset of the information to pump **100** to establish association between the pump **100** and the patient **12** and also to set unit **108** operating parameters as described above.

In the case of standard IV medications that are stored as floor stock (i.e., medicants that needn't be released by a pharmacist), memory content **220** typically will not include patient information **222** (see FIG. **18**) and therefore no comparison between patient information will be possible. In these cases, when tag information is obtained, processor **104** should be able to recognize the medicant identified by the tag information as floor stock and facilitate delivery without a match of patient identification information.

Referring still to FIG. **16**, each pump unit **108** includes its own indicator **125**, which may be in the form of a light or LED, visible on the exterior of housing **102**. Referring also to FIG. **17**, in some embodiments processor **104** is programmed to indicate specific units **108** via indicators **125** under certain circumstances. For example, instead of indicating a line **162***b* via interface **180**, when keyboard **106** is used to identify one of several medicants linked to pump **100** and a patient **12**, processor **104** may be programmed to illuminate an indicator **125** associated with the unit **108** linked to the particular medicant. Similarly, assuming no lines are initially linked to pump **100**, when tag **200** information is obtained, processor **104** may illuminate a unit **108** to which the corresponding bag is to be linked to ensure that unit control information is used to control delivery of a medicant in an associated bag.

Referring also to FIG. **30**, in other embodiments, indicator **125** may be positioned within a line receiving port **132** and configured as one or more lights that shine on one or both of lines **150***a* or **150***b*. In this case, as in the case of a light pipe, indicator **125** light is transmitted from unit **108** toward either a linked bag **140** or a patient (not illustrated) and can be used to distinguish one line from another. Here, in at least one embodiment, different colors of light may be provided to lines linked to separate units **108**. For instance, lines linked to a first unit **108** may be illuminated with a white light while lines linked to a second unit **108** may be illuminated with a blue light. In the alternative, light may be blinked on and off among separate units in a sequence to allow all line linkages to be identified in a short light cycle. For instance, for a pump including four separate units **108**, during a first second of a four second cycle, indicators **125** may illuminate lines linked to a first unit **108**. During a second of the cycle indicators may illuminate lines linked to a second unit **108** with all other indicators off. During the third and fourth seconds only indicators corresponding to the third and fourth units **108**, respectively, may be illuminated. This cycle may be repeated several times to help a physician distinguish lines. The cycles may be initiated via a command entered via board **106** or in some other manner (e.g., using a physician badge **40** to request line identification).

E. Multiple IV Pump Configurations

Referring now to FIG. **26**, an IV system **8** including several IV pumps **100***a* and **100***b*, a centralized IV pump controller **260** and both physician and patient identifying devices **40** and **10**, respectively, is illustrated. Each of pumps **100***a* and **100***b* is similar to pump **100** described with reference to FIGS. **16**, **17** and **18** above and therefore, only distinctions between pumps **100***a* and **100***b* and pump **100** will be described here in detail. In addition, unless indicated otherwise, because pumps **100***a* and **100***b* are similar, only pump **100***a* and its operation will be described unless indicated otherwise. The main difference between pumps **100***a* and **100***b* is that pump **100***a* is a multi-unit pump whereas pump **100***b* is a single unit pump. Because pump **100***b* is a single unit pump, a single machine readable indicia **131** identifies the pump **100***b* as a whole whereas similar indicia **131***c*, **131***b*, etc. on pump **100***a* are associated with and identify separate pump units **108***a*, **108***b*, etc.

With respect to construction and capabilities, it should suffice to say that, in this embodiment, pump **100***a* includes several pump units **108***a* and **108***b*, **108***c*, each unit linkable to a separate IV bag (e.g., **140***a*) and to a patient **12** to deliver medicant from a bag **140***a* to the patient **12** in a regulated

US 7,933,780 B2

27

manner. To regulate units **108***a*, etc., pump **100***a* includes the components illustrated in FIG. **17**.

Each pump unit (e.g., **108***a*, etc.) includes among other things, a separate unit indicator, a line inlet and a corresponding line outlet. For instance, unit **108***a* includes indicator **125***a*, an unnumbered inlet and an unnumbered outlet. In addition, although not illustrated in FIG. **16**, each unit **108***a*, **108***b*, etc., may also include a data inlet **134** for receiving data from a bag tag sensor **160**.

In addition to the components above, each pump **100***a* and **100***b* further includes a pump transponder **122***a*, **122***b* and a pump specific indicator **124***a* and **125***b* (note displays **123** could also be used as pump specific indicators), respectively, that operate in the manner described above.

Referring still to FIG. **26**, devices **40** and **10** are similar to the devices described above with respect to FIGS. **1** through **4** and therefore will not be explained again here in detail. To the extent that devices **10** and **40** operate differently than described above, the other operations will be described below.

Referring now to FIG. **26** and also to FIG. **26**A, controller **260** includes a housing **262** that houses a processor **620**, a memory **622**, a transponder **274**, a display **264**, a keyboard **266**, and an indicator **268**. Processor **620** is linked to each of memory **622** and transponder **274** for two-way communication, is linked to display **264** and indicator **268** to provide output and is linked to board **266** to receive input from a controller user (e.g., a physician).

Display **264** is a textual and graphics display which can be used to examine information provided by processor **620**. Indicator **268** is some type of light emitter (e.g., an LED) that is easily observable to a controller **260** user. Board **266** includes keys necessary to facilitate the functions described herein. While separate keys are illustrated, in at least one embodiment, the keys may take the form of touch screen keys or screen icons selectable via a joystick controlled cursor or the like.

Transponder **274** is a wireless transmitter/receiver for communicating via RF communication in the present example although other communication protocols are contemplated (e.g., an IRDA protocol, a Bluetooth protocol, etc.). Transponder **274** communicates via wireless communication with each of network **272**, pumps **100***a* and **100***b*, physician device **40**, patient device **10** and tags **200***a*, **200***b*, etc.

While a preferred embodiment of controller **260** communicates via wireless communication, it should be appreciated that in some embodiments, controller **260** may be linked via communication channels such as wire cables or the like to each of pumps **100***a* and **100***b* and to network **272**. Exemplary channels are identified by channels **255***a* and **255***b* and link **270**. Nevertheless, hereinafter, to simplify this explanation, controller **260** and other components will be described as being equipped to communicate via wireless communication unless indicated otherwise.

Generally, it has been recognized that by tying all system **8** components together for control by a single controller **260**, a coherent and easy to administer IV delivery protocol can be facilitated where the likelihood of inadvertent or malicious mismedication can be appreciably reduced. To this end, as in the single pump case of the systems described above, an important aspect of system **8** is the concept of associating various system components together and with a particular patient **12**. In system **8**, this means that system devices identify each other as related to a particular patient and other system identifications (e.g., ID numbers or addresses) for

28

subsequent communication. Examples of how system **8** devices can be used together to facilitate the inventive functions are instructive.

In a first example, assume that each of pumps **100***a* and **100***b* have already been associated with patient **12** via one of the processes indicated above (e.g., reading and storing patient information from device **10**) and that bags **140***a* and **140***c* are linked to patient **12** so that units **108***d* and **108***e* are delivering medicants to patient **12**. Also assume controller **260** is a mobile controller which may be either a personal computer, a personal digital assistant (PDA) or some other hand held device (HHD).

When a physician enters patient **12**'s room with controller **260**, assume the physician wants to quickly determine the status (i.e., delivery parameters) of medicants being delivered to patient **12**. Furthermore, assume a second patient (not illustrated) is also located within patient **12**'s room and that the second patient is also-linked to two separate IV pumps (also not illustrated) referred to hereinafter as the "other pumps." Moreover, assume that initially each pump providing medicant to the patient **12** has already been associated with the patient via storage of a patient ID **22** from device **10** or in some other fashion so that patient information is stored in the pump memory (e.g., **105** in FIG. **17**). The other patient in patient **12**'s room will be referred to hereinafter as the "other patient."

An exemplary method **450** of obtaining and reviewing infusion delivery parameters is illustrated in FIG. **35**. In this case, when the physician enters patient **12**'s room, at process block **451**, the physician first uses controller **260** to identify patient **12** and associate controller **260** temporarily with patient **12**. To this end, the physician places controller **260** proximate patient device **10** and obtains patient identifying information (e.g., see patient ID number **22** in FIG. **2**) therefrom. The step of obtaining information may take any of several different forms (e.g., receiving a periodic "heart beat" identification signal from device **10**, reading information from device **10**, etc.) but preferably includes the physician activating a button on keyboard **266** to excite device **10**, device **10** responding by transmitting the patient ID **22** and perhaps other information to transponder **274** and controller processor **620** receiving and storing the ID **22** in memory **622**.

To minimize the possibility of the physician obtaining the other patient's ID, signal transmission power for each of controller **260**, device **10** and other system **8** devices can be limited so that communication is only possible over short distances. In addition, as described above, all communications may be confirmed via indicators such as LEDs or other visual or audible indications. At block **452**, where no ID is received, controller **260** continues to query for the ID from a proximate device **10**. After several unsuccessful attempts to obtain information from a device **10**, controller **260** causes a warning (e.g., activates an LED) indicating that information cannot be obtained at block **461**. Where a patient ID **22** is received, at block **453** controller **260** stored the ID in memory **622** and is thereby temporarily associated with patient **12**.

Next to complete the process of determining the status of medicants being delivered to patient **12**, the physician uses board **266** to instruct controller **260** to identify all pumps (e.g., **100***a*) that are associated with patient **12** and to obtain current pump unit status information therefrom. When so instructed, at block **454** controller **260** transmits via transponder **274** a query to all pumps within the patient's room where the query identifies patient **12** (e.g., via ID **22**) and requests pump unit information. In addition to including the patient ID and the type of information required, the query also indicates

US 7,933,780 B2

29
30

the specific controller **260** via a unique controller ID. The controller ID may be a system **8** address.

Upon receiving the query from controller **260**, each pump **100a**, **100b** and the other pumps within the patient **12**'s room, compares the patient ID **22** in the query to the patient ID stored in the pump memory **105** to determine if there is a match. Where a pump **100a**, etc., is associated with patient **12**, the pump accesses the requested information (e.g., current unit **108a** status), formulates a response targeting the controller **260** by controller ID where the response includes the required information and also a separate system address (e.g., an ID number) corresponding to each pump unit (e.g., **108a**) associated with patient **12** and transmits the response to controller **260**. In addition, each pump **100a**, **100b**, etc. that is associated with patient **12** may also store the controller ID address in memory **105** to facilitate subsequent communications with controller **260**.

At block **455**, where no response to the query is received, control passes to block **462** were controller **260** queries several more times attempting to identify any pumps associated with patient **12**. Where no response results, at block **461**, controller **260** generates a warning indicating that the information sought is not obtainable. Upon receiving a response at block **455**, controller **260** separates the responses according to pump units (e.g., **108a**) and stores the received information along with pump unit identification information at block **456**. Thus, at this point, controller **260** is associated with specific pump units and patient **12**. The process of polling pumps to identify pump units associated with patient **12** may be repeated periodically (e.g., every five minutes) to reconfirm association and also to identify additional units that have been associated with the patient in the interim. Thus, if an additional medicant is linked to patient **12**, when the polling process is next repeated, controller **260** identifies the additional medicant and associates with the corresponding pump unit.

It should be appreciated that the process of associating various devices with a particular patient obviates the need to store device addresses for subsequent communication. For instance, upon receiving a query from controller **260** regarding patient **12**, if each pump associated with patient **12** generates a response indicating patient **12**, controller **260** may be programmed to receive and store only responses associated with patient **12**. As another instance, pumps may be programmed so that only pumps associated with the patient identified in a query respond and in this case the responses may not identify either the patient ID or the intended receiving controller. In this case controller **260** would be programmed to assume that all responding pumps are associated with the patient **12**, while certainly a less secure obtaining protocol, this protocol is nevertheless contemplated by the present invention. Control protocols are described in more detail below.

In addition, in several embodiments, controller **260** organizes all received responses into formats that are easy for the physician to read and provides the information at block **457**. For instance, referring to FIG. **27**, an exemplary screen shot of information that may be provided to a physician via screen **264** is provided. In FIG. **27**, specific patient identification information **222** identifying patient **12** is provided at the top of the shot along with a current time. In addition, medicant information identifying current medicant delivery status is provided. The medicant information identifies each medicant **300** currently linked to patient **12** along with pump unit status **291** indicating current delivery rate. For instance, medicant **300** Greenicillin is currently being delivered to John Smith at a rate of 0.7 mg./kg./min. while Redicillin is currently turned

off. Also shown on FIG. **27** is a physician indicator (under the date/time, i.e., in this case, "J. D. Anderson, R.N.") indicating a physician currently using controller **260**.

Referring still to FIGS. **26** and **27**, providing a single display **264** via a single controller **260** expedites the process of determining medicant delivery status and minimizes status confusion. Without a centralized controller, the physician would have, at a minimum, had to confirm which pumps were linked to patient **12** and determined the status of each separate pump unit (e.g., **108a**, **108b**, etc.) by examining each of several different pump displays (e.g., display **123b**).

It is also contemplated that controller **260** may be used to drill down further into information associated with each pump unit (e.g., **108a**) to identify additional delivery protocol parameters. To this end, referring to FIGS. **26** through **28**, a physician may use board **266** to select one of listed medicants **300** thereby causing additional medicant information related to the selected medicant to be provided via display **264**. The additional information may have been previously received by controller **260** (e.g., during the initial query) or may be obtained via another query to pumps **100a**, **100b**, etc. In any event exemplary additional information **304** provides instructions regarding how to administer medicant Greenicillin. In this example, the instructions indicate how rate of delivery should be altered based on blood pressure BP and indicate that the prescription was ordered by Dr. Craig.

It is further contemplated that controller **260** may be employed to control pump units for modifying medicant delivery. To this end, either board **266** or screen selectable icons may be employed. In FIG. **28** exemplary control icons include screen selectable icons or "soft keys" **306**, **308** and **310**. Icon **306** include up and down arrows which are separately selectable to increase and decrease delivery of the medicant currently displayed via screen **264**, respectively. Icon **308** is an "OFF" icon useable to temporarily turn off a corresponding pump unit to halt medicant delivery. Icon **310** is a "DC" icon where DC stands for discontinue. When icon **310** is selected, the physician is indicating that corresponding medicant delivery should be discontinued. Although not illustrated other keys for altering the duration of medicant delivery are contemplated.

Other control icons and buttons are contemplated for reporting other information. For instance, in addition to providing protocol instructions, a log of pump unit delivery parameter adjustments may also be provided and observed. For instance, referring to FIGS. **26**, **27** and **29**, using board **266**, a physician may select Yellowicillin from the screen shot in FIG. **27** to determine when Yellowicillin was discontinued and who ordered the discontinuance. Upon selecting Yellowicillin, the screen shot in FIG. **29** may be provided indicating that Dr. Craig discontinued Yellowicillin at 11:55. In addition, a command requesting that tubing be disconnected is also provided. Here it is assumed that the pump unit linked to the Yellowicillin bag includes a tube sensing switch **128** (see also FIG. **17**) or that system **8** requires a physician to manually indicate that a tube is disconnected.

Referring to FIGS. **26**, **26A** and **37**, an exemplary system control sequence **470** is illustrated. When a control icon is selected at block **471**, controller **260** formulates a control transmission at block **472** indicating the control command and the unit (e.g., identification number or system address for a unit **108a**) for which the command is intended. Thereafter, the transmission is transmitted at block **476** via transponder **274** to the pumps. Each pump receives the transmission and determines if the transmission is intended for a unit controlled by the pump at blocks **473** and **474**. This determination is made by comparing the unit address included in the transmis-

US 7,933,780 B2

31                                                                                  32

sion with the address of each pump unit controlled by the pump. The pump that controls the unit for which the transmission is intended thereafter uses the command information to alter the delivery parameters for the corresponding unit at block **475**.

To help guide a physician to perform various manual tasks such as linking and de-linking medicant bags **104** from pump units **108**, controller transmissions may include instructions for pumps to indicate a communication or pumps themselves may be programmed to indicate specific information when a controller communication is received as indicated at block **475**. For example, referring again to FIG. **29**, when a medicant is to be discontinued, to guide a physician to disconnect the IV line **150** linked to the medicant to be discontinued, controller **260** may transmit a message to the pump including the unit currently linked to the line to be disconnected instructing the pump to cause an indicator (e.g., **124**, **125**, **123**, **126**, **182**, etc.) on the unit to blink, light up, etc., to indicate the time to disconnect. This unit specific indication along with a display message (see again FIG. **29**) to "Disconnect Tubing" clearly aids a physician in disconnecting the appropriate line.

Referring still to FIG. **37**, in at least one embodiment pumps are programmed to confirm reception of commands. To this end, at lock **481** the pump unit that carries out a command generates and transmits a confirmation message to controller **260**. controller **260** monitors for the confirmation signal at block **477**. Where no confirmation signal is received, at block **478** controller **260** control skips back to block **476** and transmits the control signal several more times. After transmitting the control signal several times and not receiving a response, controller **260** generates an alarm (e.g., audible or visual) at block **480** indicating a failure to effect the command.

Referring again to block **477**, when a confirmation signal is received control passes to block **479** where controller **260** indicates a complete control command via display **264** or some other confirming indicator.

In a similar fashion, controller **260** and associated pumps may guide a physician in other manual processes. For instance, referring to FIGS. **26** and **26**A, assume two bags **140**a and **140**c are linked to patient **12** and that a physician wishes to link third bag **140**b to patient **12**. In this case transponder **122**b on pump **100**b may be used to read tag information from tag **200**b on bag **140**b. A pump processor **45** may determine that bag **140**b medicant is intended for patient **12**, but may also determine that all pump units (e.g., unit **108**d) controlled by pump **100**b are already being used. At this point it is contemplated that pump **100**b formulates a message to controller **260** indicating that the bag **140**b medicant is to be provided to patient **12** but that pump **100**b is currently unable to accommodate the other medicant.

Upon receiving the message, controller **260** determines if other system pumps associated with patient **12** have excess capacity (e.g., have a currently unused unit **108**). This may be accomplished by either checking a controller database (assuming previously stored information includes a listing of all associated units) or querying associated pumps to identify currently unused units. In any event, assuming controller **260** identifies unit **108**b as unused, controller **260**, in at least one embodiment, transfers tag information to pump **100**a for use in programming unit **108**b. In addition, controller **200** causes unit indicator **125**b to light up thereby indicating to the physician that bag **140**b should be linked to unit **108**b. In some embodiments, each unit specific indication (e.g., illumination of an indicator **125**) is accompanied by a message via display **264** so that the action expected of the physician is clearly

indicated. For instance, where indicator **125**b is lit up in the previous example, the message "Connect bag to lit up unit" may be displayed via screen **264**.

Referring still to FIGS. **26** and **26**A, in yet other embodiments the components described above may be used to facilitate other inventive methods. For instance, controller **260** may be associated with a specific physician so that monitoring and control security functions can be facilitated. Thus, each physician may have his/her own PDA controller **260** or, in the alternative, may be temporarily associated with a controller **260** during a shift. One way of temporarily associating a physician with a controller **260**, referring also to FIGS. **3** and **4**, is to have each physician check out a controller **260** upon making rounds to visit patients. In this regard, upon checking out a controller, physician information would be transferred from a device **40** to the controller **260** for storage therein. By way of the transferred information various levels of monitoring and control authorization could be supported.

For instance, assume again that a physician wishes to monitor medicants currently being delivered to a patient and also assume that only physicians that work within a specific wing of a medical facility are allowed to monitor patient medicants. In this case, referring again to FIG. **26**, after the physician associates controller **260** with patient **12**, when the physician requests information from pumps **100** associated with patient **12**, the request may include physician identification information. Upon receiving such a request, each pump processor (e.g., **104** in FIG. **17**) may compare the physician identifying information with information corresponding to physicians that have monitoring authority. In the present case physicians with monitoring authority include all physicians routinely working within the specific wing of the medical facility.

Where the requesting physician has authority to monitor medicant delivery, receiving pumps provide the requested information so that a display screen shot similar to the screen shot illustrated in FIG. **27** can be generated. However, if the requesting physician does not have monitoring authority, either the pumps **100** would not respond or the pumps would respond by indicating that the physician lacks monitoring authority, a suitable rejection message being displayed via display **264** or via a pump display (e.g., **123**b).

In a similar fashion, system **8** may allow a physician to monitor medicant delivery without modifying delivery parameters. For instance, assume only one particular physician working each shift has authority to alter infusion parameters. Also assume that each pump **100**a, **100**b, etc., stores an indication, along with other information, identifying the physician that has authority to alter delivery parameters. Then, each time any physician attempts to alter delivery parameters for a medicant, the message transmitted by controller **260** would include a physician identification. The receiving pump processors in this case compare the received physician identification with the physician identification that indicates the physician authorized to alter parameters and only changes parameters if the identifications match. Again, when identifications do not match the pumps may send suitable messages back to controller **260** for display to the physician.

In addition to controller **260** querying pumps **100**a, **100**b, etc. for information regarding corresponding units, it is contemplated that pumps **100**a, etc., may automatically provide information related to pump unit conditions and manual pump setting modifications. For instance, referring again to FIG. **26**, if a new medicant is to be linked for delivery to unit **108**c, upon obtaining medicant information from a bag tag **200** via either transponder **122** or sensor **160** and associating the medicant with unit **108**c, pump **100**a may transmit a

33

message to controller **260** indicating that a medicant is to be added to the regimen for patient **12**. It is contemplated that controller **260** uses the information in the received message to associate controller **260** with pump unit **108**c and facilitate functions as described above.

The associating process may include a safety function wherein, when a change in infusion regimen is initiated at a pump unit (e.g., unit **108**c), controller **260** requires confirmation that the change is requested by an authorized system user (e.g., a credentialed system operator). To this end, when such information is received by controller **260**, controller **260** may provide a prompt requiring the user who initiated the change to identify herself. The prompt may include a blinking message via display **264** instructing the user to perform various authentication steps (e.g., instructions to place the physician's badge (see FIG. **3**) proximate an RF field generated by controller **260** so that identifying information can be obtained). In addition, controller **260** may start a timer to time out a period during which authentication must be completed for controller **260** to authorize operation of the unit according to the changed protocol. Where authentication is not successfully completed within the time out period, it is contemplated that controller **260** would not allow the changed protocol to begin, may provide another message via display **266** indicating that the change would not occur and may also log the change attempt in a remote database for future consideration.

Similarly, assuming an entirely new pump is delivered to patient **12**'s bedside to accommodate delivery of another medicant, when tag information including a target patient ID is obtained from a medicant bag tag by the new pump, the target patient ID information therefrom may be transmitted as part of a query to determine if a central controller **260** has already been associated with patient **12**. Upon receiving the transmitted message, controller **260** may then associate with the new pump and establish communications for monitoring and control purposes. Again, here, controller **260** may perform some type of authentication procedure to make sure that the user attempting to add the pump and corresponding medicant to the regimen is authorized to do so.

Moreover, referring again to FIGS. **17**, **26** and **27**, where pump unit **108**a includes a line sensing switch **128**, when a line is de-linked from the unit **108**a, pump **100**a may be programmed to transmit a message to controller **260** indicating that the de-linking event has occurred. An exemplary pump monitoring and control process is illustrated in FIG. **38** where, at blocks **483** and **485** an IV pump (e.g., **100**a) monitors linked IV lines. At block **485**, when any unit IV line is detached, pump **100** control jumps to block **486** where the pump determines if at least one line is still linked to the pump **100**. Where no lines are linked it is contemplated that the pump may be programmed to disassociate with the patient so that parameter settings for delivering medicant to the patient are not mistakenly used to deliver medicant to another patient. Thus, where no lines are linked to the pump **100** at block **486**, control passes to block **488** where the pump erases its entire memory to disassociate the patient **12** and the pump. Continuing at block **489** pump **100** generates and transmits a message to controller **260** indicating disassociation control then passes to block **401**.

Referring again to block **486**, where at least one line is still linked to a pump **100** unit but at least one line has been detached, pump **100** erases the memory content from the pump memory that corresponds to the detached line at block **487**. This process ensures that the information corresponding to the detached line is not inadvertently used to control delivery of some other medicant to the patient. Next, at block **490** the pump transmits a message to controller **260** indicating

34

which of the lines has been detached. At block **491** controller **260** determines if the sensed line detachment is consistent with any previous orders or change orders that required discontinuance of the medicant that had been being delivered by the detached line. This step may be performed in any of several different ways including accessing a remote server via network **272**, comparison to a controller memory, etc. Where the detachment is consistent with a previous order control jumps to block **494** and controller **260** displays a message indicating that the line has been detached and also, perhaps indicating that a portion or all of the memory content of the pump has been erased. At block **491**, where the detachment is not consistent with a previous order, controller **260** generates an alarm and may provide a message via display **264** indicating inadvertent disconnection. To reconnect a detached line an association process like those described above would have to again be performed.

Referring still to FIGS. **26** and **26**A, controller **260** may be programmed to require specific timing between information transfer events to ensure that stale and therefore potentially inaccurate information is not used to program medicant delivery parameters. To this end processor **620** may include a timer **650** that generates a time stamp, referred to generally hereinafter as a time, for each of several time significant events with processor **620** comparing event times to identify periods between events and affect control as a function thereof. This timing and control feature is provided to avoid various potentially harmful medicating scenarios.

For instance, assume that prior to delivering medicant to a first patient **12**, patient **12**'s device **10** is used to associate controller **260** with patient **12**. Also assume that prior to linking pump units to patient **12**, patient **12** is removed from the room for some other medical procedure. Moreover, assume that another patient is placed in patient **12**'s initial location and medicant earmarked for patient **12** is delivered to the bedside of the other patient. In this case, when controller **260** attempts to determine if the medicant is meant for the other patient, controller **260** erroneously determines that the medicant should be delivered to the patient proximate to the medicant (i.e., the other patient). Controller **260** then authorizes delivery of the medicant to the other patient thereby causing a mismedication to occur.

As another instance, a medicant A may be prescribed for a patient and associated with the patient at a first time but not delivered (i.e., infused) to the patient at the first time. Thereafter, prior to a second time a physician may decide not to deliver medicant A to the patient. Nevertheless, because of the previous association at the first time the medicant may be delivered at the second time despite the decision to forego delivery. Other similarly potentially catastrophic or at least troublesome scenarios abound and likely will occur routinely as people come to rely more heavily on automated systems to reduce human errors.

To minimize the likelihood of errors of the previously described type, controller **260**, in at least one embodiment, is programmed to require that prior to facilitating delivery of a medicant to a patient **12**, both patient **12** presence and medicant information be confirmed within a short time period of each other. In addition, controller **260** may be programmed to confirm that a delivery time and a prescribed time are proximate and that the delivery time and the times at which the patient and medicant information are obtained are proximate (i.e., within a threshold period). Referring to FIG. **39**, an exemplary timing method **496** is illustrated. Referring also to FIGS. **26** and **26**A, at block **497**, controller **260** is used to obtain information including a patient ID **22** from a patient mounted identification device **10** on patient **12**. When the

35

information is obtained, controller **260** identifies the time and stores the time as a first time T**1**.

Next, at block **498**, controller **260** is used to obtain information including both patient ID **222** (i.e., indicating the patient for whom the medicant has been provided) and the time to distribute the medicant **249** (see also FIG. **6**) from a bag tag (e.g., **200**a). Also, at block **498**, controller **260** identifies the time at which the medicant information is obtained from the tag **200**a and records that time as a second time T**2**.

At block **500**, controller **260** compares the patient IDs **22** and **222** to determine if the IDs are identical. Where the IDs are different, control passes to block **503** and controller **260** generates an alarm indicating that the IDs are different and that the medicant should not be delivered to patient **12**. Where the IDs **22** and **222** are identical control passes to block **505** and the timing method begins.

At block **505**, controller **260** compares times T**1** and T**2** (i.e., the times at which IDs **22** and **222** were obtained from devices **10** and **200**a, respectively) and where the times are separated by more than a first threshold period TL**1**, control passes again to block **503** where an alarm is generated. Time TL**1** is a period that corresponds to a likely safe duration between collection of IDs **21** and **222**. For instance, an exemplary safe period TL**1** may be 3 minutes. The alarm at block **503** in this case may indicate that period TL**1** has been exceeded and may request that the physician reobtain the packet IDs **22** and **222** from devices **10** and **200**a, respectively.

Continuing, at block **503**, when the time between collecting IDs **22** and **222** is within period TL**1**, control passes to block **506** where controller **506** determines if the time to give medication **249** is proximate the current time. Where the time to give medication **249** is not proximate (e.g., 20 minute difference) the current time, control passes to block **503** and controller **260** generates another alarm indicating the time to deliver **249** and requesting that the physician either override the time to deliver **249** or recollect the patient IDs **22** and **222** at a time closer to the time to deliver **249**. Where the time to deliver **249** is proximate the current time control passes to block **499** where controller **499** authorizes activation of the pump unit (e.g., **108**a) linked to the medicant in bag A.

At block **501**, controller **260** monitors for activation of the pump unit linked to bag A. Here it is assumed that even after authorization at block **499**, pump **100**a requires a physician to activate pump **100**a to begin delivery. For example, activation may entail selecting an icon on controller screen **264** or a button on board **266**. Upon activation at block **502**, controller **260** compares the activation time to delivery time **249** and times T**1** (i.e., the time at which ID **21** was obtained from device **10**) and T**2** (i.e., the time at which ID **222** was obtained from device **10**). Where the activation time is more than a second threshold period TL**2** away from any of the times **249**, T**1** or T**2**, control passes again to block **503** where controller **260** generates a warning that the above sequence should be repeated. Where the activation time is within period TL**2** of times **249**, T**1** and T**2**, controller **260** activates the pump unit **108**a to deliver bag A medicant to patient **12** at block **504**.

Other ways, in addition to timing, are contemplated to make sure that confirmation data corresponding to a procedure is collected in a temporally proximate fashion and therefore to reduce the likelihood of mismedication. To this end, where controller **260** is used to collect data from various devices to initiate an infusion process, controller **260** may require that all or a subset of data corresponding to the process be collected during a single button activation cycle. For instance, where selection of button **266** (see FIG. **26**) causes controller **26** to commence an authentication process, data

36

collection from a patient wrist device **10** and a tag **200** on a bag may have to be performed while button **266** remains activated. Generally, the period over which a physician will be able to comfortably activate a button **266** (i.e., continually press a button **266**) will only be a few seconds (e.g., 30-60 seconds) and therefore temporal proximity of data collection from relevant devices will be likely. In these cases, processor **260** may provide a sequence of instructions to a physician regarding collection sequence and, in the event that all expected data is not collected during a single button activation cycle, controller **260** may provide an alarm indication, (e.g., perhaps data collection instructions along with an audible tone).

Any of the data collection limitations described herein with respect to the controller **260** are also applicable to other data collecting devices such as a physician's badge. To this end, referring again to FIG. **3**, a badge **40** may be programmed to enforce data collection timing rules where data must be collected within a specific period or to enforce rules requiring data to be collected during a single button action period or any other similar rule type.

While unlikely, it is possible that IV lines could be delinked from one patient recipient and linked to another during medicant delivery. To avoid this problem, controller **260**, in one embodiment, is programmed to obtain a confirming signal from device **10** periodically (e.g., every minute or two). The confirmation signal may be obtainable via either a query and a response or simply by monitoring for a "heart beat" signal that is periodically (e.g., every minute) generated by device **10**.

While not illustrated, controller **260** may also be in communication with a patient monitor or may be incorporated in a patient monitor so that current vital signs can be displayed and used to alter infusion delivery parameters. To reduce distracting information, controller **260** may be programmed to provide only vital signs related a physician's standing orders (e.g., blood pressure but not heart rate). Similarly, lab results may be obtained via network **272** and presented were appropriate.

Referring to FIGS. **26** and **26**A, when a physician's order requires a large volume of medicant to be delivered to a patient often two or more medicant bags have to be used in series to deliver the volume. Thus, a first bag may be used to deliver a first half of a prescribed volume and a second bag may be subsequently be used to deliver a second half of the prescribed volume. In this case, it is contemplated that tags **200** on each of the first and second bags would include similar medicant delivery information, at least with respect to medicant type and/or parameter settings (e.g., rate of delivery, etc.) and/or medication order numbers.

During medicant delivery, attending physicians often alter delivery parameters as a function of how a patient is responding to a medicant. Thus, it is often the case that when a first bag in a multibag setup is depleted and a second bag is to be linked to the patient for delivery, the most recent parameter settings corresponding to the first bag will be different than the settings prescribed on the tag **200** on the second bag. It is also often the case that, based on how the patient responded to the medicant in the first bag, the best delivery parameters for the patient remain the parameter settings most recently set for the depleted first bag.

An exemplary method **510** for dealing with delivery of multibag volumes is illustrated in FIG. **40**. Referring to FIGS. **26**, **26**A and **40**, at block **512** controller **260** obtains and stores the most recent parameter settings for a first of two bags that together compromise a prescription as "current settings." For instance, if a delivery rate on a first bag tag prescribed 10

US 7,933,780 B2

37                                                                 38

ml./hr. and during delivery, the rate was cut back to 0.05 ml./hr., the most recent or current setting would be 0.05 ml/hr. At block **514** the first bag is delinked from the pump and the second of the two bags is presented for infusion. At block **516** controller **260** obtains the information from the second bag tag including delivery rate. At block **518** controller **260** uses the information received from the second bag to determine if the second bag corresponds to the same prescription as the detached first bag. Where the second bag is associated with a different prescription than the first bag control passes to block **520** where controller **260** sets the delivery parameters to be consistent with the second bag information. Then, at block **526** controller **260** authorizes delivery. Delivery authorization may entail writing the settings to a corresponding pump unit or simply sending an authorization signal.

If the second bag is associated with the same prescription as the first bag, control passes to block **522** where controller **260** compares the second bag information (e.g., rate of delivery) to the current settings. In this case, because the initial delivery rate for the first bag was 0.10 ml/hr. and the two bags are part of one prescription, it is likely the second bag rate also is 0.10 ml/hr. Thus, in the present case, at block **522** control passes to block **527** where controller **260** either (1) sets the current settings (i.e., the last recent settings for the first bag) or (2) provides the second bag and current settings via screen **264** for selection. After the current settings are affirmed or after the selected settings are affirmed at block **527** control passes to block **526** where delivery of the second bag medicant is authorized.

Referring again to block **522**, where the second bag parameter settings are the same as the current settings control passes to block **524** where the current settings are maintained and then to block **526** where controller **260** authorizes delivery of the second bag medicant.

Referring to FIGS. **6**, **26** and **26A**, where controller **260** is linked to pumps **100a**, **100b**, etc., via a hardwire cable or the like **255** and is also linked via network **272** to a server that archives all standing infusion orders, it is contemplated that patient identification information **222** may not be included in bag tag memory content **220**. Instead, upon associating with a patient **12** via device **10** or in some other manner, controller **260** may obtain medicant delivery information from each of linked pump units **108a**, **108b**, etc. and send the patient ID information from device **10** and the delivery information to the server for comparison to standing infusion orders. Upon receiving the information from controller **260**, the server can then either confirm delivery of the medicants or, in the event that the delivery information is inconsistent with standing orders, may activate one or more indicators on controller **260**, pumps **100a**, **100b** or pump units to alert the physician of the error.

Referring again to FIG. **26**, where tags **200a**, **200b**, etc. are suitably configured, controller transponder **274** may be used to obtain information directly from tags **200a**, **200b**, when new bags are to be linked to patient **12**. In this case, controller **260** may also be able to identify an available unit for use with a new bag. An exemplary method for identifying an unused unit is illustrated in FIG. **41**. At block **562**, pumps **100a** and **100b** and controller **260** are associated with patient **12**. Assume that unit **108c** is currently unused and that a new bag is provided for delivery to patient **12**. When the new bag is delivered to patient **12**'s room, controller **260** is used to obtain information from the new bag tag (e.g., **200**) at block **564**. At block **566** controller **260** determines if the target patient (i.e., the patient specified for delivery by the read tag) is the same as the patient associated with the controller **260**. If the target and associated patients are different control passes to block

**568** where controller **260** generates an alarm. Where the target and associated patients are identical control passes to block **570**.

At block **570** controller **260** identifies units (i.e., at least one unit) including unit **108c**, that are not currently being used. Next, at block **572** controller **260** transmits a signal to the pumps to cause at least one of the unused units (e.g., **108c**) to indicate availability (e.g., unit **108c** activates an LED **125** or the like). In addition, at block **574** controller **260** may provide instructions to the physician to link the bag to the indicated unit for delivery. Thereafter the physician links the bag.

In some embodiments controller **260**, while moveable, may not be easily positioned proximate other system devices to facilitate proximal communication. For instance, in some embodiments controller **260** is in the form of a PC positioned on a cart that can be transported to a patient's room. In other embodiments pumps **100a**, **100b** may not include sensors **122a**, **122b**, etc., for reading tag **200** information and may not store extensive obtainable medicant delivery information. In this case physician's badge **40** may be used to collect information from other system devices for use by controller **260**. For example, referring again to FIGS. **3**, **4**, **2**, **26** and **26A**, to associate patient **12** and pumps **100a** and **100b** with controller **260**, a physician may use device **40** to obtain patient ID information from device **10** and also to obtain medicant information from each of pumps **100a** and **100b** where the medicant information includes patient ID information indicating the patient for whom medicants linked to pump units (e.g., **108a**, etc.) has been dispensed. In addition, device **40** would also obtain pump address or ID information from each of several pumps. After collecting the aforesaid information it is contemplated that the physician places device **40** proximate transponder **274** and transfers the information to controller **260**. Thereafter, controller **260** uses the received information to associate with patient **12** and pumps **100a** and **100b** and establish control and/or monitoring.

In other embodiments pumps **100a** and **100b**, etc., may not be capable of reading tag **200** information (i.e., may lack sensors **122a**, **160**, etc). Nevertheless, it would be desirable, even in these cases, to be able to determine if patient information on bag tags matches a patient **12** to which the medicant in the bag is to be delivered. To this end, a four step process or method referred to as the "A, B, C, D" method is contemplated by the present invention. "A" is the step of collecting patient information using a physician mounted device **40** (see also FIG. **3**), "B" is the step of collecting IV bag information using a device **40**, "C" is the step of collecting pump identification information via device **40**, and "D" is the step of transferring the collected information to controller **260** along with, in at least some embodiments, the identity of the physician. By repeating these steps (the order of "A", "B", and "C" can be intermixed) a physician has a repeatable process that can be executed to collect data necessary to ensure that patients receive correct medicants in the correct doses and at the correct times.

Referring to FIG. **42**, a flow chart **580** consistent with the ABCD method is illustrated. At process block **582** physician identification device **40** is used to read at least a portion of memory contents **20** from a patient identification device **10** (Step A) and stores the information including patient ID **22**. In addition, optionally, device **40** also determines the time at which the ID **22** is obtained from device **10** and store that time as first time **68** (see also FIG. **4**).

Next, at block **584** device **40** is used to collect (Step B) tag information including target patient ID **222** and time **249** to distribute the medicant in a bag **200**, determines the time **69** of

**39**

obtaining this information and then stores this information. At block **586** device **40** is used to collect (step C) pump information including a pump identification number **130** and perhaps currently set operating parameters from memory **105** and, optionally, identifies the time **251** at which the pump identification number is received and stores that information in contents **60** (see FIG. **4**).

After completing each of steps A, B and C, the physician then positions badge device **40** proximate controller **260** and transfers (step D) the collected data thereto after which controller may perform any of the several different functions described above.

It should be appreciated that where controller **260** is hardwired to other system devices via an intranet or some other similar network, device **40** may be used to remotely facilitate monitoring and/or control of medicant delivery to a patient. For instance, referring still to FIG. **26**, assume controller **260** is located at a nurses station and that a physician wants to monitor medicant delivery to a particular patient **12** at the nurses station via controller **260** after the physician has completed his rounds. Upon visiting patient **12**, the physician may collect information from each of device **10** and pumps **100a** and **100b** for associating purposes. Upon returning to the nurses station the physician can cause the collected information to be transferred to controller **260** thereby causing controller **260** to establish communication with hardwired pumps **100a** and **100b** via their network addresses. Versions of this feature are also contemplated in a wireless environment.

Referring yet again to FIGS. **26** and **26A**, where controller **260** is linked or linkable to a network **272**, in addition to facilitating remote monitoring, controller **260** may also facilitate remote control of units **108a**, **108b**, etc. For instance, a physician at a remote station may be able to link to controller **260** to obtain all of the information described above. In this case, whenever a remote controller is used to monitor/control, any changes to parameter settings may be conveyed to the remote controller via network **272**. In addition, remotely modified parameter settings may cause any of the associated pump and unit indicators (e.g., **125a**) to indicate a modification.

E. Verifying Medication Order

Sometimes, between the time a medicant is dispensed by a pharmacist for delivery to a patient and the time the medicant is actually delivered, a physician may cancel or modify the corresponding prescription. This is particularly true in cases where the time between dispensation and delivery is a relatively long period for some reason. In these cases, to avoid delivery of medicant pursuant to a stale order, the present invention contemplates a method and system for verifying that information on a bag tag (e.g., **200a**) used to program a pump unit is current.

To this end, referring to FIG. **31**, an exemplary system includes a physician ID badge **40** worn by a physician **600**, a conventional computer terminal **610**, a medicant bag **200** with a tag **140**, a remote server **630**, a database **632** and a controller **260**. Many of the components in FIG. **31** are similar in construction to those described above and therefore will not be described again here in detail.

Computer terminal **610**, controller **260** and server **630**, as illustrated, are all linked via network **272**. Computer terminal **610** includes, among other things, a screen **614**, a processor **612**, a data entry device **616** (e.g., keyboard, mouse, etc.), and communication devices **618** and **620**. Device **618** is used to communicate with physician identification device **40** and device **620** is used to communicate with tag **200**. In some embodiments devices **618** and **620** may comprise a single device (e.g., a transponder of some type). In FIG. **31** is it

**40**

assumed that current prescriptions for facility patients are stored on database **632** and are accessible by server **630**.

Referring also to FIG. **43**, an exemplary verification method **700** is illustrated. At block **702** a physician **600** logs onto the hospital network via terminal **610** by entering a password or by activating physician identification device **40** to transmit a wireless password (encrypted or not) to device **618**. At block **703** tag **200** is read by terminal **610** via communication device **620**. Referring also to FIG. **6**, patient information **222** and dispensed medication delivery information **230** is transferred to server **630** at block **704**. Server **630** compares a current prescription list for the target patient to the dispensed delivery information to determine if the medication in the IV bag is to be given to the target patient at block **706**.

If the medication is to be given to the target patient, terminal **610** sets an order verified flag **248** in tag **200** along with the current time at block **709**. Where tag **200** does not include an electronic memory but instead includes printed indicia, a printer (not illustrated) may be provided to record the order verified flag and time on a label that is attached to IV bag **140**.

Referring still to FIG. **43**, at block **706**, where the dispensed delivery information (i.e., the information read from bag **140**) is not identical to at least one current prescription for the target patient, control passes to block **705** where server **630** determines if the difference between the dispensed delivery information and at least one of the currently prescribed medicants is only with respect to delivery parameters. For example, a tag may indicate Yellowicillin@0.10 ml/hr. and one of the current prescriptions for the target patient may be Yellowicillin@0.15 ml/hr. Where there is not at least a medicant match, control shifts to block **712** where server **630** generates an alarm (e.g., visual indication on screen **614**) indicating the mismatch. In addition, it is contemplated that, at least in some embodiments, a prescription archive to identify if a prescription corresponding to the dispensed delivery information from tag **200** has been recently canceled and can then indicate cancellation information including physician ID, date, time, etc., via display **614**.

Where the only difference between the dispensed delivery information and at least one prescription for the target patient is in parameters (i.e., there is a medicant match), at block **713** server **630** provides the dispensed delivery information and the similar prescription information via screen **614** for the physician to select. At block **707**, where the physician accepts the prescription information, terminal **610** replaces the dispensed delivery information on the tag with the prescription information. Next control passes to block where a verify flag or indication is set on the tag **200** along with the current time.

Referring again to block **707** and also to block **710**, where the physician does not accept the prescription information but does accept the dispensed delivery information, control passes to block **709** where, again, a verify flag indication is set on tag **200** along with the current time.

Referring yet again to block **710**, if the physician elects not to accept either the current or selected information, control passes to block **711** where terminal **614** renders the tag information useless. In the case of an electronic tag, this rendering may include erasing the tag **200** memory. In the case of a printed tag, this rendering may include printing a "VOID" label to be placed over the tag indicia and instructing the physician to place the label over the indicia via display **614**.

Although not illustrated in FIG. **43**, a physician may decide that a medicant in bag **200** is to be given to the patient but that the physician wants to prescribe delivery parameters that are different than either of the dispensed delivery information or similar prescription parameters. Here it is contemplated that, after block **710**, in at least one embodiment, the physician is

US 7,933,780 B2

41

able to use terminal **610** to modify delivery parameters, cause the modification to be made on tag **200** and also set a verify flag identifying the verify time on tag **200**.

Referring now to FIG. **48** an exemplary method **718** for employing verification flags to avoid stale delivery parameters is illustrated. Referring also to FIGS. **26** and **26A**, at block **720** a bag **200***a* arrives at patient **12**'s room for delivery and, prior thereto, a physician causes pump **100***a* to obtain the dispensed delivery information from tag **200***a* including the verification flag and corresponding time **248** and the time **232** at which the medicant in bag **200***a* was dispensed.

At block **722** pump processor **104** determines if the dispensed time is within a threshold time period Th**1** (e.g., 30 minutes) of the current time. Where the dispensed time **232** is within the preceding period Th**1**, control passes to block **730** where pump **100***a* continues the delivery process as described above. Where the dispensed time **232** is prior to the preceding Th**1**, control passes to block **724** where processor **104** determines if the verify flag has been set. Where the verify flag has not been set control passes to block **728** where pump **100***a* generates an alarm and may indicate that the physician should take steps (e.g., perform process **700** in FIG. **43**) to verify that the tag information is still accurate.

Where the verify flag has been set at block **724**, control passes to block **726** where processor **104** determines if the tag verify time is within threshold period Th**2** of the current time. Again, where the tag verify time precedes Th**2** of the current time control passes to block **728** where processor **104** generates an alarm requesting verification. Where the tag verify time is within Th**2** of the current time control passes to block **730** and the delivery process continues.

According to another version of the verification process described above with respect to FIGS. **43** and **48**, instead of setting both a verification flag and a separate time indication on a tag, the flag may take the form of a verification time to be used subsequently. In addition, it should be appreciated that where period Th**1** is set to a small period the system can be used to ensure that a verification process be performed every time an infusion process is to be initiated.

While the verification processes (see FIGS. **48** and **43**) are described above as being performed by server **630** and pump and pump **100***a*, the processes may be performed in whole or in part by either a physician's identification device **40** or controller **260**. With respect to embodiments where physician's device **40** performs verification, dispensed delivery information may be obtained by device **40** from tag **200** and device **40** may communicate with database **632** to determine if tag information is accurate. Where accurate information is confirmed, device **40** may then subsequently be used to authorize medicant delivery via a transmission to pump **100***a*.

In the alternative, referring still to FIG. **31**, server **630** may verify tag information but may then set a verify flag on physician device **40** which is subsequently used at delivery time by device **40** to perform a verification process akin to the process in FIG. **48**.

Referring yet again to FIG. **31**, where controller **260** performs the verification processes, the processes are very similar to these illustrated in FIGS. **48** and **43** except that the physician logs onto controller **260** at step **702** instead on terminal **614** and controller **260** needn't obtain tag delivery information a second time at block **720** because controller **260** already presumably has that information stored. In addition, in this case, controller **260** may set an internal verification flag for a particular bag and therefore would not have to set the verify flag or alter other information on the tag **200**.

Moreover, where controller **260** performs verification, independent of any other verification processes performed by

42

either controller **260** or other system devices prior to the time of delivery, controller **260** may perform a final verification process by transmitting delivery parameters for corresponding medicants to be delivered to a server **630** causing the server to either authorize delivery or generate an alarm as a function of comparing the delivery parameters to current prescriptions for the patient. In this manner any change to a standing order, even if the change occurred a few seconds prior to an attempt to deliver a medicant, would be identified and considered by the physician.

F. Wireless Communication and Limitations on Controller **260** Functionality

While some limitations and features have been described above that help to ensure that controller **260** and other system devices are communicating with other intended devices (e.g., LED activation, minimal wireless communication power so that communications are only between proximate devices, etc.) and ensure that delivery changes are affected for the appropriate patient, additional limitations and features are contemplated. For instance in some cases where controller **260** is portable, e.g. on a push cart, carried, or on a trolley, and where controller **260** is able to receive and review information on several patients, a split communication channel **255** protocol may be used. For example when controller **260** is only receiving and displaying information from an IV pump **140** attached to a patient, channel **255** may be adjusted to use a relatively high power or may be networked via a 802.11, Bluetooth or other network. However, for controller **260** to be able to adjust the flow rate **292**, duration **293**, dose **294**, etc. communication channel **255** may be set to operate at a low power setting only or may operate on a different local channel, e.g. infrared (IR) or acoustic transmissions) thereby ensuring that controller **260** is only in communication with proximal IV pumps **100**.

Another limitation that can be placed on controller **260** is that prior to changing any pump delivery parameter, a portion of memory contents **20** from patient identification device **10** (see FIGS. **1** and **2**) be obtained via transponder **122**. Alternately, a portion of memory contents **20** may be obtained or required to be obtained episodically, (e.g. every 2 hours since the last time controller **260** was in communication with an IV pump).

Similarly, prior to using a portable controller **260** or a conventional PDA (e.g., **40**) to read a portion of memory contents **280** from a pump **100**, it may be required that the device (i.e., **260**, **40**) be used to obtain a portion of contents **20** from a patient device **10** so that the contents can be compared to similar information stored in pump to ensure that the pump information displayed corresponds to the specific patient to read a portion of memory contents **20**.

G. Alternate Pump Configuration

Referring now to FIG. **26**, it should be appreciated that controller **260** may be used to control virtually all aspects of pump operation and to monitor virtually all aspects of pump operation. For this reason, pumps **100***a*, **100***b*, etc. do not necessarily require their own screens (e.g., **123***a*) or complex keypads (e.g., **106***a*) for data input and parameter adjustment.

Referring also to FIG. **32**, a simplified pump assembly **100***c* is illustrated which includes a pump model **402** and a communications module **406** attached thereto. Referring also to FIGS. **17** and **34**, modules **402** and **406** include many of the components that were included in pump **100**, similar components identified by similar numbers. Most of the components of FIG. **34** are similar to the components of FIG. **17** and therefore will not be explained again here in detail.

One distinction is that combined modules **402** and **406** include only a single pump assembly **108**. Another distinction

US 7,933,780 B2

43

44

is that modules **402** and **406** do not include a display and also have an abbreviated physician input device comprising one or a small number of buttons **106**. This limited user interface prevents a physician from using pump **100** to alter and monitor delivery parameters with the exception of emergency function (e.g., stop and start) that may be facilitated via buttons **106**. In this case controller **260** is used to monitor and control via channel **255** and/or transponder **122***c*. In one embodiment module **406** is an integral part of module **402**.

It has been recognized that there may be instances wherein a patient linked to a pump **100***c* may have to be transported within a facility and therefore may not always be proximate a controller **260**. In these cases it would be disadvantageous if there were no way to monitor and control IV pumps **100***c* linked to the patient during transport.

To facilitate monitoring and control during transport it is contemplated that, at least in one embodiment, communication module **406** may be detachable from pump module **402** and a transport controller module **408** may be attachable in its stead. To this end, communication module **406** includes a communication processor **407**, a channel **255** and a transponder **122***c* that are separable from pump module **402**. Referring still to FIG. **34** and also to FIG. **33**, a transponder control module **408** includes a control processor **409**, a display **123***d*, a control keyboard **106***d* and a control transponder **122***d*. It is contemplated that module **408** may be programmed to support virtually any of the functionality described above with respect to controller **260**. It is also contemplated after transport, module **408** would again be replaced by modules **406** and a controller **260** could then again be used to control and monitor.

Referring again to FIG. **34**, in yet one other embodiment processor and memory **407** may be folded into processor **104** and memory **105** so module **406** only includes transponder **122***c* and/or channel **255**. In addition, where module **406** is integral with module **402**, an attachable control module **408** may simply include a display **123***d* and enhanced control keyboard **106***d* to facilitate control and monitoring.

H. Physician Alerts and Charting with Staged Medication Dosing

Referring again to FIG. **26**, a medication **236** in an IV bag (e.g., **140***a*) can have an initial dose to be delivered to patient **12** and one or more additional staged doses, e.g. start at 30 mL/hr and increase the rate by 30 mL/hr every hour up to a maximum amount of 150 mL/hr. When pump **100***a* is programmed with a multi-step prescribed dosage **240** (see FIG. **6**), it is common practice for pump **100***a* to present an audible alert prior to the time when a change is to occur. This alert is referred to as a "nurse callback". The physician, when hearing the alert, returns to pump **100***a* to press a key on keyboard **106** to accept the next scheduled dosing alteration. This practice requires the status of pump **100***a* and patient **12** to be verified prior to affecting the change. While this procedure is good practice, the procedure irritates patients who are awake with extra audible alerts, increasing their general discomfort and anxiety.

To assist physicians in verifying pump operation and patient condition without the callback alert being presented, referring again to FIG. **3**, physician identification device **40** can be programmed to issue an alert via speaker **45** or indicator **46** a few minutes prior to the callback alert being activated by pump **100***a*. In some circumstances speaker **45** can present a synthesized voice further indicting which patient is to be attended to or indicator **46** can be in the form of an LCD or other display showing the patient's name or room number.

Identification device **40** can be programmed using three different methods to present alerts prior to pump **100***a* issuing

a nurse callback alert. First, pump **100***a* can be manually programmed with a series of dosing steps using one or more of buttons **106**. As a convenience, commonly employed staged dosing steps can be preprogrammed in pump **100***a* for manual selection. The dosing steps can also be read by pump **100***a* from tag **200**. When pump **100***a* is started, the pump **100***a* transmits the times of one or more nurse callbacks, via transponder **122** or via channel **255**, to identification device **40**. Identification device **40** then uses an on board clock to determine when the first callback time will occur and presents an alert to the physician prior to the callback time.

The second method of programming identification device **40** with callback times, is for device **40** to read tag memory contents **220** directly and record the callback times in device memory contents **60**. To further determine when a callback is due, identification device **40** can monitor when pump **100***a* is started via transponder **122** or channel **255** or in response to pressing button **44**.

The third method of programming identification device **40** to issue callback alerts is to use controller **260** to transfer the callback times or time intervals for a medication to the device **40** via transponder **274**.

Controller **260** can also be programmed to monitor when a medication dosage is to be changed and can then issue a message to a paging service via network **272** or other communication channel (e.g., e-mail, etc.) for this purpose. The pager message will indicate the patient and medication that is to be changed. The message can be sent to a pager assigned to a physician for the healthcare unit the patient is in or to a pager assigned to the physician who provided information **220** to pump **100***a* or controller **260**, e.g. a pager number stored in memory contents **60** of physician identification device **40**.

When IV pump **100***a* is programmed with a multi-step prescribed dosage **240** and a physician attempts to manually change the dose via pump buttons **106** significantly earlier than the time of the next prescribed stage, pump **100***a* can present an alert using display **123**, audible indicator **126**, or visual indicator **124**. As an example a change may be significantly early if less than 75% of the of the time or dose of the current stage has been delivered.

Referring now to FIG. **44**, when a physician attempts to manually change a dose via controller **260** significantly earlier than the time of the next prescribed stage change, controller **260** can present a warning screen shot **800** via display **264** or another warning device. Exemplary screen shot **800** includes information related to the patient such as name **21** and ID number **264**. In addition, shot **800** identifies the physician attempting to make the change **802** and the current time **804**. The medicant for which the change is to be made is identified **806** and the time of the next scheduled dose change **808** is provided. Moreover, two selections are also provided to the physician. A first icon **810** (e.g., a check box) is provided that may be selected to accept the dose change immediately. A second icon **812** (e.g., another check box) is provided that may be selected to select some time in the future at which to affect the dose change. Each one of the icon selections clearly indicates that the physician (e.g., Dr. Craig in the illustration) associated with the controller **260** is authorizing the change. Where icon **812** is selected, controller **260** requires a time to be entered in a box **814** indicating the time to alter. This process creates a complete set of physician notes and an audit trail of any changes without any or with only minimal data entry. The notes created can be printed via a printer (not illustrated) that is accessible to controller **260** or the notes can be transferred for storage to a database that is part of network **272**.

US 7,933,780 B2

45

46

I. Physician Charting Medication Titration

Referring again to FIGS. **6**, **26** and **28**, a medication in an IV bag **140** can have a titration standing order **245** which is usable by an attending physician to modify the dose being delivered in response to a patient's vital signs, laboratory results, or condition. When a medication is being infused via a pump **100**a and monitored by controller **260**, any changes to the dose that pump **100**a is delivering are monitored. When the changes are made at pump **100**a. Requests can be presented via controller **260** for the physician to identify himself and enter a note in an electronic chart regarding the change. Likewise, when the changes are made via controller **260**, the physician can be requested to enter a note in the electronic chart. In this case, the change can be sent to pump **100**a either after the note has been entered before or before.

To assist the physician, it is contemplated that the note can be preformatted in part referencing the titration order **245** for the medication related to the pump for which the change is being made. For example, in FIG. **28**, Greenicillin can be increased when the patient's blood pressure rises above 150 mmHg. Referring also to FIG. **45**, when a physician uses softkey **306** to increase the dose of Greenicillin, controller **260** can present screen shot **820** on display **264**. When controller **260** monitors blood pressure, controller **260** can determine when Greenicillin infusion rate should be increased and provide an indication thereof to controller **260**. In this case, note **822** is automatically created by controller **260** indicating that when the dose is increased, the increase is due to an increase in the patient's blood pressure above 150. The physician only needs to enter the current blood pressure in box **824** and a time in box **826** to complete this entry for the patient's chart.

Referring again to FIG. **26**, in some rooms the patient is connected to one or more physiological monitors **830** with displays **831** and optional indicators **834** having a purpose similar to indicator **124**a on pump **100**a. Controller **260** in this case may be in communication with monitor **830** via a communication channel **255**c or via wireless communication. When channel **255**c is a wired connection, monitor **830** is automatically associated with the same patient as controller **260**. When communication is via a wireless link, monitor **830** can be associated with a patient by equipping monitor **830** with a transponder **836** similar to pump transponder **122**. Transponder **836** can obtain a portion of memory contents **20** from patient identification device **10** which can be used to associate monitor **830** with patient **12**.

Here, where controller **260** broadcasts a message asking all devices (e.g., pumps **100**, monitor **830**, and other treatment devices) to identify themselves, each device transfers a communication address that controller **260** can use to obtain pump status or the patient's physiologic measurements. Alternately, physician identification device **40** can be used to read a tag, similar to tag **131**, affixed to monitor **830**. The tag would include a wireless channel address used by controller **260** to address monitor **830** to receive the physiologic measurements for the patient. Indicator **834** can be activated under circumstances when it is desirable to visually identify that monitor **830** is addressed by controller **260**, (e.g., when controller **260** is receiving information from monitor **830** or sending information to monitor **830**). By visually identifying monitor **830** a physician can verify that the addressed monitor is in fact monitoring the patient associated with controller **260**. In some instances indicator **834** can be replaced by a message or graphic image presented on a display **831**.

When controller **260** is associated with patient physiological monitors (e.g., **830**), controller **260** can obtain patient **12**'s blood pressure sensed by a transducer **832** from monitor **830**.

In this case, controller **260** can insert the current blood pressure in box **824** in FIG. **45** for the physician to accept.

When the dose of Greenicillin is increased but the blood pressure has not gone above the limit (150 mHg), controller **260** may be programmed to present a warning message indicating that Greenicillin should not be increased. The physician can then authorize the increase independent of the titration requirements by entering the time in box **826**. Alternately, the physician can enter a text note in an "Other" box **828**.

If none of the notes or fields have an entry placed in them within a period of time (e.g. 5 minutes), an audit note can be created by controller **260** for entry into the patient's chart or a remote database. The audit note in this case may indicate the dose change, time and, when changed at the controller, who made the change. Similarly to the above process for staged dose changes, this process creates a complete set of physician notes and an audit trail of any changes with only minimal data entry.

When titration of a medication is based on a change in a patient's laboratory results, other preformatted notes may be presented on controller display **264** based upon whether the dose is being increased or decreased and the nature of the titration order, (e.g., when the dose is to be increased in relationship to the patient's urine analysis and the dose is increased, the note can be formatted to allow the physician to enter the urine analysis value(s)). When controller **260** is attached to network **272**, controller **260** may be programmed to retrieve urine analysis results automatically and thereby further format the note or to alert that the dosage should not be increased.

Whenever controller **260** determines that an infusion rate change should be made, in addition to indicating the change locally via display **264** or some other indicator, controller **260** may also provide a networked indication similar to a call back described above so that if there is no physician proximate the controller **260** associated with a patient, the change request does not go unnoticed.

Where controller **260** indicates that an infusion rate change should be made but the physician associated with controller **260** is not around, a second physician may make the change (if authorized) and either the controller **260** or a pump and the second physician's badge may record the change and the second physician's identification for subsequent record keeping.

Similarly, when a dose is to be changed relative to the physician's perception of the patient's condition, other notes reflective of this titration order can be presented on controller display **264**.

J. Medication Route

Medication that is in IV bag **140** may be specified for delivery via a specific route **569** (see FIG. **6**) such as, for instance, intravenous delivery or epidural delivery. While the term IV bag has been used and commonly indicates a fluid bag for intravenous delivery or fluids, medication for other delivery routes can be packaged in containers that are similar to an IV bag. Packaging medications that are to be delivered via different routes in similar appearing packaging can cause serious consequences if the physician assumes they can all be delivered together or via the same route.

To prevent this, when medication is to be given to a patient and is to be delivered via an unusual route (e.g., any non-intravenous route), special questions and instructions can be posed via the system interface devices that make sure the physician is aware of special conditions and/or circumstances. For example, when controller **260** receives dispensed IV medication information **230**, controller **260** can check

US 7,933,780 B2

47

route **569** for a non-standard delivery type. Referring to FIGS. **26** and **46**, when a non-standard route is detected, controller **260** can present screen shot **840** or another message as appropriate for the specific medication. The physician can be requested to verify the delivery route and enter a confirmation check mark in a verification box **842**.

Similar checks can be performed to determine that an IV bag containing a blood product is delivered via a pump that is compatible with the delivery the blood product. This is important as some pumps can damage the cellular structure of certain blood products. The check can be performed manually or by controller **260** receiving a code identifying the type of pump as part of pump status **291** or pump identification number **130** and comparing it with blood product information which is similar to dispensed IV medication information **230**.

K. Adding Medication to IV Bag

Referring again to FIG. **16**, in some instances it may be desirable for a physician to add a medication to an IV bag **140** that is already delivering or will be used to deliver fluids to a patient. Frequently, medication to be added to an IV bag **140** is dispensed into a syringe **850** (see FIG. **47**). Syringe **850** includes a main body **852**, a needle **854** and a plunger **856** with hydraulic seal **858**. Syringe **850** includes a text label **860** affixed to it, allowing a physician to read the name of medication in syringe **850**. Extended from label **860** is adhesive label **862** with text **864** and or a bar code that also identifies the medication in syringe **850**. Label **862** is designed to be pulled apart from label **860** along perforations **866** in a manner similar to the labels described above.

The medication in syringe **850** is added to IV bag **140** by removing a protective cap **867** and inserting needle **854** into access port **868** following direction **869**. Syringe plunger **856** is then pressed forcing the contents of syringe **685** into IV bag **140**. Label **862** can be removed, a backing paper (not shown) separated from label **862** and label **862** can be adhered to IV bag **140** to clearly indicate the medication added to bag **140**.

With care, this practice can be safe and efficient, but too often in a busy care center mistakes are made. To increase the safety of the procedure described above, memory device **870** can be attached to body **852** or syringe **850**. Memory device **870** is similar to memory device **201** and the contents of memory device **870** are generally similar to memory contents **220** (see FIG. **6**). In general, similar items in memory device **870** will be referred to by the same numbers as those in memory contents **220** with an apostrophe added. For instance, medication name **236'** is used to identify the medication in syringe **850**. Memory device **870** can be read by communication device **42** or an alternate sensor on physician identification device **40**.

Prior to injecting the contents of syringe **850** into IV bag **140**, the physician can use identification device **40** to read the memory of device **870** and memory device **201**. When target patient information **222** and **222'** is available, identification device **40** can compare the information to determine if the medication in the syringe is for the same patient as IV bag **140** was dispensed for. If not, an alert is presented to a physician, (e.g., via speaker **45** or other device for this purpose). In some circumstances a check may be performed to determine if the medication in syringe **850** is compatible with the fluid in IV bag **140**, (e.g., one medicant may cause another medicant to precipitate out of the fluid), if the patient associated with bag **140** is allergic to the medicant in syringe **850**, if the medicant in bag **140** and syringe **850** are incompatible, etc. When there is an incompatible situation, an alert can be presented to a physician, (e.g., via speaker **45**).

Whether the above comparisons were made or not (e.g. the IV bag is a floor stock item and doesn't have selected patient

48

information **222**), identification device **40** may also transfer portions of memory contents **220'** from memory device **870** to memory contents **220** of device **200**. By transferring this information, prescribed dosage **240'** for medication in syringe **850** can be transferred to memory **201**. In addition, identification device **40** may also be programmed to transfer portions of updated memory contents **220** (composed of the original contents plus portions of memory contents **220'**) to IV pump **100** or to controller **260**. This allows prescribed dosage **240'** to be used in conjunction with quantity **234** to determine the concentration of medication in IV bag **140** so a corresponding pump can be programmed to pump the amount of fluid required to meet the physician's order.

Identification device **40** can also determine the time interval between reading memory contents **220'** and **220** and may enforce timing rules similar to the rules described above. For instance, when a time interval between readings exceeds a limit (e.g. 5 minutes), an alert may be presented by speaker **45** or another device. This timing rule will prevent the physician from accidentally injecting the syringe contents into a bag for the wrong patient.

If identification device **40** reads memory contents **220'**, but not memory contents **220**, when device **40** communicates with pump **100** or controller **260** an alert that a possible error has occurred can be generated by any of pump **100**, controller **260** or device **40**. When pump **100** has only a single line attached to it, pump controller **260** may be able to use memory contents **220'**. However, when there is more than one line attached to pump **100** or controller **260** is monitoring more than one pump, memory contents **220'** cannot be used to control a dosage delivered by pump **100** without being provided with memory contents **220** or pump identification **130** and the IV line number.

In an alternate embodiment memory contents **220'** can be read by transponder **122** of IV pump **100** or sensor **268** of controller **260**. Pump **100** and controller **260**, when already associated with a patient, can determine if syringe **850** is prescribed for the associated patient by comparing target patient information **222'** with the associated patient. The physician can select a pump and/or pump line through a manual selection process by using a display **123** and buttons **106** or display **264** and buttons **266**. Either pump **100** or controller **260** can then use memory contents **220** previously recorded and memory contents **220'** to set or alter the pump delivery parameters.

The verification process described above in the context of syringe **850** may be performed by a pharmacist prior to dispensing an IV bag. For instance, pharmacist's at a facility, like physicians, may each have a badge **40** (see FIG. **3**) that can verify that medicant in a syringe should be added to an IV bag, the timing of the addition, etc., and which can create a record of the addition including time, pharmacist ID number, target patient information, etc., and which may also update information stored in tag memory **201** to reflect verification time and the content of the new bag solution prior to release.

In some situations memory device **870** can be a part of label **862**, allowing memory device **870** to be removed from syringe **850** and placed on IV bag **140**. When memory devices **201** and **870** are RFID tags and are placed in the presence of a strong enough field both can be read nearly at the same time. When a weaker field is present, (e.g., from identification device **40**), the physician will have to perform two separate reads to obtain information from both devices.

K. Server Based Embodiments

Referring again to FIGS. **6** and **26**, it should be noted that titration order **245** and other components of dispensed IV medication information **230** can be obtained by controller

**49**

260 via network 272. Memory contents 220, instead of including information 230, can be restricted to prescription order number 246 or another number used to identify the medication treatment to be given. Controller 260, upon receiving prescription order number 246, can access the remaining components of dispensed IV medication information 230 via network 272 from a hospital customer system 630 and database 632.

L. Ensuring Audit of Changes to Pump Operation

Referring to FIG. 26, when pump 100 is in communication with controller 260 and any change is made to pump operation (new rate, duration, IV line 150 removed from pump, etc), a pump status 291 message may be sent to controller 260 indicating the change. When a change is made, it is desirable to have the physician that facilitates the change identify himself to controller 260 so that an audit trail can be maintained for each change. The physician, by gaining access to controller 260 (e.g. password entry or by using physician identity device 40 to provide a wireless identification password communication via communication device 42), within a period of time (e.g. within 2 minutes) relative to the attempt to make a change may be associated with the change. The physician can be prompted for confirmation that he made the change and given an opportunity to provide a reason for the change (e.g., new physician's order). Instead of the controller based prompt, the prompt may be provided to the physician via the physician's badge 40 and, where the physician authorizes a change via her badge 40, the change may be noted by the controller 260 and then be performed.

In the event that a physician does not use controller 260 within the above mentioned period of time, controller 260 can present an audible alert requesting the physician to confirm the change. If a different physician responds to the alert than the one who made the change, the different physician may be limited to indicating he is only responding to the alert and that another physician actually made the change. Should this type of unconfirmed activity occur frequently, administrative management can receive messages to this effect via network 272.

M. Discontinued IV Medication

Referring again to FIG. 26, when an IV bag 140 is discontinued at controller 260 (e.g., stopping a corresponding infusion pump 100 or pump unit 108), controller 260 may monitor communication channel 255 for a status message indicating that the IV line 150 has been removed from pump 100 or pump unit 108 or a message indicating that pump 100 is being turned off. When controller 260 does not receive such a message within a period of time (e.g., 3 minutes), controller 260 may activate an audible alert indicating that the IV medication is still attached to pump 100 or pump unit 108 and might be administered again incorrectly to the patient. The physician can reset the alert by pressing a button 266 or by removing the discontinued IV line from pump 100 or pump unit 108 or by turning pump 100 off.

Similarly, when a pump is turned off or all medicants are removed from a pump, the change can be reported to the controller which may either disassociate from the pump or request confirmation that disassociation should be performed.

N. Pump Activation without Communication with Controller 260

Referring to FIG. 26, when pump 100 and controller 260 are to be used together either pump 100 or controller 260 can monitor for a situation where this is not the case. For example pump 100, when running, can detect that a controller 260 is addressing or communicating with it using communication channel 255. If pump 100 detects that it is not in communi-

**50**

cation with controller 260 or has lost communication for a period of time (assuming it had been in communication previously), pump 100 may present an audible alert. A physician responding to the alert can determine that pump 100 has not been associated with controller 260 as previously described or that controller 260 is no longer functioning properly and should be replaced.

Alternatively, when pump 100 has not been associated with a specific controller 260, pump 100 may be programmed to send a general error signal using communications channel 255, indicating that no controller is monitoring its activity. The general error signal can be detected by any controller 260 monitoring communication channel 255. When any controller 260 receives this signal, the receiving controller may activate audible or visual alerts. A physician responding to this alert can determine that the pump has not been properly associated with a patient or controller 260 and correct this situation. Similarly, pumps and controllers may be programmed to periodically communicate with an associated patient identification device 10 to make sure a patient remains present during infusion.

It should be understood that the methods and apparatuses described above are only exemplary and do not limit the scope of the invention, and that various modifications could be made by those skilled in the art that would fall under the scope of the invention. For example, while an exemplary IV bag has been discussed in the above embodiments, it should be understood that inventions apply to other types of fluid or gas containers, e.g. blood bags, syringe injectors, or gas cartridges.

In addition, while some embodiments described above may not teach activation of indicators when one or more devices are communicating, it should be appreciated that such indicating is contemplated in all embodiments.

In addition, while a handful of different comparisons are described above that facilitate safe and effective use of medicants, other types are also contemplated. For instance, various advances in the study of human genes have led to the realization that certain medicants have minimal if any beneficial value when used by specific patients. Thus, where genomic information is accessible by a delivery system, as in the case of allergy identification, genomic information comparison may be facilitated to ensure that worthless medication is not performed on patients.

Thus, it should be appreciated that a comprehensive delivery system for use in a medical facility has been described which has been configured to reduce facility errors, provide peace of mind to facility patients and physicians alike, to automate record keeping and to increase overall facility security. To this end, patient, physician medicant and equipment identification devices including processors and suitable medicants are delivered to patients in a timely fashion by comparing various information types associated with each system component and either enabling delivery or performing some other health safety function.

To apprise the public of the scope of this invention, the following claims are made:

What is claimed is:

1. A method for associating at least one medical device with a controller that is remote from the medical device, the method comprising the steps of:

using a plurality of device identifiers, each device identifier uniquely associated with a specific medical device on a communication network and uniquely identifying the associated medical device, the identifiers including a first device identifier that is associated with a first medical device on the communication network;

51
52

using a portable data collector;

with the portable data collector spatially proximate the first device identifier, obtaining device identifier information from the first device identifier via the data collector;

permitting a transfer of the first device identifier information from the data collector to the controller;

permitting the first device identifier information to associate the controller with the first medical device so that the controller can communicate with the first medical device;

such that the controller sends a first communication to the first medical device and the first medical device receives the first communication.

**2**. The method of claim **1** wherein the obtaining and permitting a transfer of the first device identifier steps are via wireless communication.

**3**. The method of claim **2** wherein the step of obtaining includes at least one of reading reflected electromagnetic energy, obtaining information from a radio frequency identifier and receiving an infra-red transmission.

**4**. The method of claim **1** wherein first communication is a wireless communication.

**5**. The method of claim **4** wherein the step of sending the first communication includes the step of transmitting a controller address of the controller within the communication network.

**6**. The method of claim **4** further including the step of, in response to the first communication, permitting the first medical device to perform a safety function.

**7**. The method of claim **6** wherein the first medical device includes an indicator and the safety function includes activating the indicator.

**8**. The method of claim **6** wherein the first medical device includes a transmitter and the safety function includes permitting the first medical device to transmit a second wireless communication responsive to the first communication.

**9**. The method of claim **8** wherein the second wireless communication includes the status of the first medical device.

**10**. The method of claim **8** wherein the second communication is transmitted to the controller.

**11**. The method of claim **8** further including the steps of permitting the storage of a first patient information set in the first medical device indicating information related to a patient for which the first medical device has been provided and permitting the storage of a second patient information set in the controller indicating information related to a patient and wherein the step of permitting the device to perform a safety function includes the steps of permitting the transfer of a second wireless communication to the controller including the first patient information set and comparing the first and second patient information sets.

**12**. The method of claim **11** further including the step of using an indicator on the first medical device and wherein the step of permitting the device to perform a safety function further includes the step of, when the first and second patient information sets are different, activating the indicator.

**13**. The method of claim **6** further including the steps of permitting the storage of a first patient information set in the first medical device indicating information related to a patient for which the first medical device has been provided and permitting the storage of a second patient information set in the controller indicating information related to a patient and wherein the controller sends a first communication by transmitting the second patient information set to the first medical device, the first medical device receives by receiving the second patient information set and wherein the step of per-

mitting the first medical device to perform a safety function includes comparing the first and second patient information sets.

**14**. The method of claim **13** further including the step of using an indicator on the first medical device and wherein the step of permitting the device to perform a safety function further includes the step of, when the first and second patient information sets are different, activating the indicator.

**15**. The method of claim **13** wherein the step of permitting the storage of the first patient information set on the first medical device includes the step of storing the first patient information set on an information device, the information device being one of a medication delivery container, a patient mounted device and a physician's computing device, establishing a communication link between the information device and the first medical device and permitting the transfer of the first patient information set from the information device to the first medical device.

**16**. The method of claim **15** wherein the information device is an IV bag.

**17**. The method of claim **13** wherein the step of permitting the storage the first patient information set on the first medical device includes the step of using a medical device interface and entering the first patient information set via the interface device.

**18**. The method of claim **13** wherein each of the first medical device and the controller are system devices, the method further includes the step of using at least a third system device and wherein the step of permitting the storage of the second patient information set on the controller includes the step of permitting the storage of the second patient information set on the third system device, establishing a communication link between the third system device and permitting transfer of the second patient information set from the third system device to the controller.

**19**. The method of claim **18** wherein the step of using the third system device includes the step of using a patient mounted device.

**20**. The method of claim **19** wherein the step of using a patient mounted device includes using a wrist band.

**21**. The method of claim **13** wherein the step of permitting the storage of the second patient information set on the controller includes the step of using a controller interface and permitting entry of the second patient information set via the interface device.

**22**. The method of claim **4** wherein the device identifier information includes a first medical device address and the method further including the step of using the first medical device address to send the first wireless communication.

**23**. The method of claim **1** wherein the first medical device is an infusion pump.

**24**. The method of claim **1** further including the steps of, after associating, permitting the controller and first medical device to perform a health safety function.

**25**. The method of claim **24** further including the steps of permitting the storage of a first patient information set in the first medical device indicating information related to a patient for which the first medical device has been provided and permitting the storage of a second patient information set in the controller indicating information related to a patient, the first medical device and controller each being system devices and the first and second patient information sets each being identifying information sets and, wherein, the step of permitting the controller and first medical device to perform a health safety function further includes the steps of permitting a first of the system devices to transmit a first of the identifying information sets to a second of the system devices, receiving

US 7,933,780 B2

53

54

the first identifying information set at the second system device and comparing the first and second identifying information sets.

**26**. The method of claim **25** further including the step of using an indicator linkable to the second of the system devices and wherein the step of permitting the controller and first medical device to perform a health safety function further includes the step of, where the first and second identifying sets are different, permitting the indicator to be activated.

**27**. The method of claim **1** wherein the obtaining step includes using the portable data collector to read a bar code on the first medical device and the step of permitting a transfer includes wirelessly transferring the first device identifier information.

**28**. The method of claim **1** further including the steps of obtaining patient identification information indicating a patient that is to be associated with the controller, permitting the controller to be associated with the patient identification information, providing medication information on a medication container, obtaining the medication information from a medication container, using the medication information to determine specific patient information for whom the medication was dispensed, permitting a comparison of the patient identification information indicating the patient that is associated with the controller and the specific patient identification information and permitting a determination that the patient identification information indicating the patient that is associated with the controller is different than the specific patient identification information and permitting an indicator to be activated.

**29**. The method of claim **1** further including the steps of, after the step of permitting the first device identifier information to associate the controller with the first medical device, permitting a communication wherein the first medical device wirelessly transmits information to the controller.

**30**. The method of claim **29** further including the steps of providing at least a second medical device that is not associated with the controller wherein, when any medical device transmits information that is received by the controller, permitting the controller to determines if the controller is associated with the transmitting device and wherein the controller only uses received information from associated medical devices and ignores received information from devices that are not affiliated with the controller.

**31**. The method of claim **1** wherein the device identifier information of the first medical device is first device identifier information, the method further including the steps of providing a first indicator that is associated with the first medical device, using a second medical device associated with second device identifier information and a second indicator, obtaining the second device identifier information via the data collector, permitting a transfer of the second device identifier information from the data collector to the controller and permitting the controller to be associated with the second medical device so that the controller can communicate with the second medical device, using the controller to select information related to the first medical device and using the first device identifier information to send a signal to the first medical device, permitting the signal to be received by the first medical device and using the signal to activate the first indicator.

**32**. The method of claim **1** wherein the first medical device includes an infusion pump, the method further including the steps of permitting a signal to be transmitted from the infusion pump to the controller indicating that the infusion pump is no longer operative and, when the signal is received at the controller, permitting the controller to be disassociated from the infusion pump.

**33**. The method of claim **32** further including the steps of, prior to permitting a signal to be transmitted from the infusion pump to the controller permitting the infusion pump to indicate it is no longer operative, permitting a determination that an infusion pump line is no longer connected to the infusion pump, the step of permitting a signal to be transmitted from the infusion pump including permitting a signal to be transmitted the signal when the line is disconnected from the infusion pump.

**34**. The method of claim **1** further including the steps of using a patient identifier that includes patient identifying information, using the data collector to obtain the patient identifying information from the patient identifier and permitting the transmission of the patient identifying information to the controller.

**35**. The method of claim **34** further including the steps of using at least a first medication container that includes medication information associated with a medication in the first medication container, the medication information including specific patient information indicating the patient for whom medication in the container is prescribed, obtaining at least a subset of the medication information from the first medication container using the data collector and permitting the transmission of the at least a subset of the medication information to the controller.

**36**. The method of claim **35** further including the steps of using the medication information transmitted to the controller to identify specific patent information indicating the patient for whom the medication in the first medication container has been prescribed, permitting a comparison that the patient identifying information from the patient identifier and the specific patient information and when the compared information is different, permitting an indicator to be activated.

**37**. The method of claim **36** wherein the step of using the medication information transmitted to the controller to identify specific patient information includes the step of permitting the transmission of the medication information from the controller to a remote computer and permitting the location of the specific patient identification information by the remote computer in a medication database.

**38**. The method of claim **1** including the steps of providing a medication container with a medication identifier containing medication information, using the data collector to obtain the medication information from the medication container, permitting the transmission of the medication information from the data collector to the controller and using the medication information to control the first medical device.

**39**. The method of claim **38** wherein the step of using the medication information to control the first medical device includes the steps of the permitting the controller to transfer the medication information to a medication database, using the medication information to identify medication control information in the database, permitting the medication control information to be provided to the controller and permitting the controller to use the medication control information to control the first medical device.

**40**. The method of **1** wherein the first medical device includes an infusion pump that includes at least first and second pump assemblies and where the device identifier information is first device identifier information associated with the first pump assembly, the method further including the steps of using second device identifier information for the second pump assembly, obtaining the second device identifier information, permitting the second device identifier informa-

US 7,933,780 B2

55

tion to be transmitted to the controller and the permitting controller to use the first and second device identifier information to monitor operation of the first and second pump assemblies.

**41**. The method of claim **40** further including the steps of obtaining with the data collector first and second medication information from first and second medication labels associated with first and second infusion bags containing first and second medications and permitting the first and second medication information to be transferred to the controller and permitting determination that the first and second medications can be used together.

**42**. The method of claim **41** wherein the step of permitting a determination that the first and second medications can be used together includes permitting a determination that the first and second medications are for the same patient.

**43**. The method of claim **1** further including the step of permitting the controller to be associated with a patient.

**44**. The method of claim **1** further including the steps of permitting at least two times to be identified when data obtaining events occur, permitting a comparison that the data obtaining times and when the duration between data obtaining times for the events exceeds a threshold period, permitting a health safety function to be performed.

**45**. The method of claim **44** further including the step of obtaining at least one of medication information from a medication container and patient information from a patient identification device, the step of permitting an identification of at least two times including permitting an identification of at least two of:

the time at which the device identifier information is obtained;

the time at which the medication information is obtained from the medication container;

the time at which the patient information is obtained from the patient identification device;

a prescribed time indicating the time prescribed for delivery of the medication to a patient;

an authorize activation time indicating when a device has been authorized to deliver a medication to a patient; and

a delivery activation time indicating when an activation command has been received to deliver a medication to a patient via the device.

**46**. The method of claim **1** wherein the controller is located in a location in one of a patient room where the first medical device is located, a nurse station and a central location.

**47**. The method of claim **1** wherein the first medical device includes at least first and second subassemblies and where the method is for associating at least one of the first and second subassemblies with a controller that is remote from the medical device wherein the step of providing a first device identifier includes providing the first and second subassemblies with first and second subassembly identifiers that includes first and second subassembly identifier information identifying the first medical device and the first and second subassemblies within a communication network, respectively:

the method further including the step of manually selecting the first subassembly;

the step of obtaining the device identifier information including, with the portable data collector spatially proximate the first subassembly identifier, obtaining the first subassembly identifier information via the data collector;

the step of of permitting transfer including permitting a transfer of the first subassembly identifier information from the data collector to the controller;

56

the step of permitting the device identifier information to associate including permitting the first subassembly identifier information to associate the controller with the first medical device and the selected subassembly so that the controller can communicate with the first medical device;

the controller sending a first communication by sending a first communication to the first medical device and the first medical device receiving the first communication; and

the method further including the step of permitting association of the communication with the first subassembly.

**48**. The method of **47** wherein the first medical device includes an infusion pump that includes the first and second pump assemblies corresponding to the first and second subassemblies, the method further including the steps of with the portable data collector spatially proximate the second pump subassembly identifier obtaining the second pump subassembly identifier information using the data collector, permitting transmission of the second pump identifier information to the controller and the controller using the first and second pump subassembly identifier information to monitor operation of the first and second pump assemblies.

**49**. The method of claim **47** further including the steps of obtaining with the data collector first and second medication information from first and second medication labels associated with first and second infusion bags containing first and second medications and permitting transmission of the first and second medication information to the controller and determining that the first and second medications can be used together.

**50**. The method of claim **49** wherein the step of determining that the first and second medications can be used together includes determining that the first and second medications are for the same patient.

**51**. The method of claim **1** wherein the first medical device includes a first medical device identifier that can receive information from the controller via the communication network.

**52**. A method for associating at least one medical device with a controller that is remote from the medical device, the method comprising the steps of:

using a device identifier that includes device identifier information identifying a medical device within a communication network;

using a data collector to

obtain the device identifier information via the data collector;

permitting the transfer of the device identifier information from the data collector to the controller;

permitting the device identifier information to associate the controller with the medical device so that the controller can communicate with the medical device;

obtaining at least one of medication information from a medication container, patient information from a patient identification device, and physician identification from a physician identification device;

the method further including permitting at least two of the following identifying steps to be performed:

(i) permitting an identification of the time at which the device identifier information is obtained;

(ii) permitting an identification of the time at which the medication information is obtained from the medication container; and

(iii) permitting an identification of the time at which the patient information is obtained from the patient identification device; and

US 7,933,780 B2

57

the method further including the step of permitting a comparison of at least two of the identified times and when the duration between the compared times exceeds a threshold period, permitting a health safety function to be performed.

**53**. The method of claim **52** wherein the permitting an identification steps further include:

(iv) permitting an identification of an authorize activation time indicating when a device has been authorized to deliver a medication to a patient;

the method further including permitting at least a third one of the identifying steps to be performed, the step of permitting a comparison including permitting a determination that the duration between the at least three identified times exceeds the threshold period, the health safety function performed when the duration between the compared times exceeds the threshold period.

**54**. The method of claim **53** wherein the identifying steps further include:

(v) permitting identification of a delivery activation time indicating when an activation command has been received to deliver a medication to a patient via the device; and

(vi) permitting an identification of a verification time indicating when a medication verification process has been completed;

the method further including permitting at least a fourth one of the identifying steps to be performed, the step of permitting a comparison including permitting a determination that the duration between the at least four identified times exceeds the threshold period, the health safety function performed when the duration between the compared times exceeds the threshold period.

**55**. The method of claim **53** wherein each of the step of obtaining the device identifier information and the step of obtaining at least one of the medication information and the patient information includes reading a machine readable label.

**56**. The method of claim **52** wherein the step of obtaining at least one of medication information from a medication container and patient information from a patient identification device includes obtaining the information using the data collector, the method further including permitting the transfer of the obtained information to the controller.

**57**. The method of claim **56** wherein the step of permitting at least two identifying steps to be performed to identify at least two times includes identifying the at least two times using the data collector, the method further including the step of permitting the transfer of the at least two times to the controller.

**58**. The method of claim **52** wherein the step of permitting a health safety function to be performed includes permitting one of the data collector and the controller to transmit a signal to the medical device to disable the medical device.

**59**. The method of claim **44** wherein the step of permitting a health safety function to be performed includes activating an indicator at one of the data collector, the medical device, and the controller.

**60**. The method of claim **44** wherein the permitting an identification of steps that may be performed in step (b) further include:

permitting an identification of a prescribed time indicating the time prescribed for delivery of the medication to a patient.

**61**. A method for using a data collector to obtain information and determine that the information has been obtained within a threshold period of time comprising the steps of:

58

(a) obtaining at least two of medication information from a medication container, patient information from a patient identification device and device identifier information corresponding to a medical device within a communication network;

using a data collector;

(b) the method further including performing at least two of the following identifying steps:

(i) permitting an identification of the time at which the device identifier information is obtained;

(ii) permitting an identification the time at which the medication information is obtained from the medication container; and

(iii) permitting an identification the time at which the patient information is obtained from the patient identification device; and

(c) the method further including the step of permitting comparison of at least two of the identified times and when the duration between the compared times exceeds a threshold period, performing a health safety function.

**62**. The method of claim **61** wherein the identifying steps performable in step (b) include:

(iv) permitting an identification of an authorize activation time indicating when a device has been authorized to deliver a medication to a patient;

the method further including permitting performance of at least a third one of the identifying steps, the step of permitting comparison including determining when the duration between the at least three identified times exceeds the threshold period, the health safety function performed when the duration between the compared times exceeds the threshold period.

**63**. The method of claim **62** wherein the identifying steps performable in step (b) include:

(vi) permitting an identification of a delivery activation time indicating when an activation command has been received to deliver a medication to a patient via the device; and

(vii) permitting identification of a verification time indicating when a medication verification process has been completed;

the method further including permitting performance of at least a fourth one of the identifying steps, the step of permitting comparison including determining when the duration between the at least four identified times exceeds the threshold period, the health safety function performed when the duration between the compared times exceeds the threshold period.

**64**. The method of claim **62** wherein each of the step of obtaining the medical device address and the step of obtaining at least one of the medication information, and the patient information include reading a machine readable label.

**65**. The method of claim **62** wherein the step of obtaining at least one of medication information from a medication container and patient information from a patient identification device includes obtaining the information using the data collector, the method further including transferring the obtained information to a remote controller.

**66**. The method of claim **65** wherein the step of permitting identification of at least two times includes permitting an identification of the at least two times using the data collector, the method further including the step of permitting transfer of the at least two times to a remote controller.

**67**. The method of claim **62** wherein the step of performing a health safety function includes one of the data collector and the controller transmitting a signal to the medical device to disable the medical device.

US 7,933,780 B2

<table>
<tr><td>59</td><td>60</td></tr>
</table>

**68**. A method for using a data collector to obtain information and determine that the information has been obtained within a threshold period of time comprising the steps of:

using a data collector where the data collector collects information from machine readable identifiers and communicates the information to one of a medical device and a remote controller;

using the data collector to obtain at least two of medication information from a medication container, patient information from a patient identification device, physician identification from a physician identification device and device identifier information corresponding to a medical device within a communication network;

the method further including performing at least two of the following identifying steps:

(i) permitting identification of the time at which the device identifier information is obtained;

(ii) permitting identification of the time at which the medication information is obtained from the medication container; and

(iii) permitting an identification of the time at which the patient information is obtained from the patient identification device; and

the method further including the step of permitting a comparison of at least two of the identified times and when the duration between the compared times exceeds a threshold period, performing a health safety function.

**69**. A method for associating at least one medical device with a controller that is remote from the medical device, the method comprising the steps of:

using a device identifier that includes device identifier information identifying a medical device on a communication network;

using a portable data collector;

with the portable data collector spatially proximate the device identifier, obtaining the device identifier information via the data collector;

permitting a transfer of the device identifier information from the data collector to the controller such that the device identifier information is used

to associate the controller with the medical device so that the controller can communicate with the medical device; and

after the step of associating, at least one of the following occurring:

the controller sending a first communication to the medical device; and/or

(ii) the medical device sending a first communication including the device identifier information to the controller such that the controller uses the first communication when the received device identifier information in

the first communication corresponds to the obtained device identifier information.

**70**. A method for associating at least one medical device with a controller that is remote from the medical device, and one of a patient and a medication, the method comprising the steps of:

using a device identifier that includes device identifier information identifying a medical device on a communication network;

using a second identifier that includes second identification information, where the second identifier is selected from a patient identifier linked to a patient mounted device and a medication identifier linked to a medication container;

using a portable data collector, to

obtain the device identifier information and the second identification information;

permitting a transferring of the device identifier information and the second identification information from the data collector to the controller;

permitting the use of the device identifier information to associate the controller with the medical device and associate the second identification information with control information for the medical device so that the controller can communicate with the medical device, and

sending a first communication to the medical device including at least a portion of the control information.

**71**. A method for associating at least one medical device with a controller that is remote from the medical device, the method comprising the steps of:

using a plurality of device identifiers, each device identifier uniquely associated with a specific medical device on a communication network and uniquely identifying the associated medical device, the identifier including a first device identifier that is associated with a first medical device on the a communication network;

using a portable data collector;

with the portable data collector spatially proximate the first device identifier, obtaining the first device identifier information via the data collector;

permitting a transferring of the device identifier information from the data collector to the controller;

permitting use of the device identifier information to associate the controller with the first medical device so that the controller can communicate with the first medical device, and

such that the controller to sends a first communication to the first medical device; and

the first medical device uses the first communication to perform a medical function.

\* \* \* \* \*